UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL E. CARPENTER )<br>Petitioner ) | CRIMINAL NO. 3:13-CR226 (RNC) |
| v. ) | Hon. Robert N. Chatigny |
| UNITED STATES OF AMERICA )<br>Respondent ) | November 4, 2021 |

## APPLICATION TO IMMEDIATELY VACATE PETITIONER'S CONVICTION PURSUANT TO 28 USC 2243 AND 28 USC 2255

TO THE HONORABLE JUDGE ROBERT N. CHATIGNY, MAY IT PLEASE THE COURT:

NOW COMES THE PETITIONER, Daniel E. Carpenter, to request that this Court dismiss Petitioner's Superseding Indictment and vacate his conviction pursuant to 28 USC 2243 and 28 USC 2255. Petitioner also respectfully requests that this Court examine the May 14, 2014 Indictment in light of the Supreme Court's decisions in *Marinello v. United States*, 138 S.Ct. 1101 (2018) and *Kelly v. United States*, 140 S.Ct. 1565 (2020), and the Second Circuit's decisions in *United States v. Aleynikov*, 676 F.3d 71 (2d Cir. 2012), *United States v. Pirro*, 212 F.3d 86 (2d Cir. 2000), *United States v. Countrywide*, 822 F.3d 650 (2d Cir. 2016), *United States v. Finazzo*, 850 F.3d 94 (2d Cir. 2017), and *United States v. Litvak*, 889 F.3d 56 (2d Cir. 2018) ("*Litvak II*"), as well as landmark decisions from other circuits.

**IMMEDIATE ORDER TO SHOW CAUSE REQUESTED**

WHERFORE, based on the above cases, Petitioner respectfully requests that his Superseding Indictment of May 14, 2014, be dismissed with prejudice and his conviction vacated as the Superseding Indictment failed to invoke the jurisdiction of this Court because it did not sufficiently allege all the facts necessary to establish the required five elements of Mail and Wire fraud to constitute a federal crime. Petitioner respectfully asks the Court to issue an Order to Show Cause, pursuant to 28 USC 2243 and to order the Government to respond or in the alternative to immediately vacate the conviction.

Respectfully Submitted,

_/s/ Daniel E. Carpenter_
Daniel E. Carpenter
Petitioner, *pro se*
18 Pondside Lane
West Simsbury, CT 06092

## CERTIFICATION

I hereby certify that on this 4th day of November, 2021, a copy of the foregoing was filed at the District of Connecticut Clerk's office in Hartford 450 Main Street, Hartford, CT 06103. Notice of this filing was also sent by USPS to US Attorney's Office Hartford Office, US Attorney's New Haven Office, Connecticut Financial Center, 157 Church Street, Floor 25, New Haven, CT 06510