# EXHIBIT 1

## Grist Mill Capital, LLC's
## Damage Analysis for Judge Vatti

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DANIEL CARPENTER and
GRIST MILL CAPITAL, LLC,     :      CASE NO. 3:14-cv-741 (SRU)
                             :
            Plaintiffs,      :
                             :
                             :
vs.                          :
                             :
LYNN ALLEN *et. al.*         :      October 28, 2021
                             :
                             :
            Defendants.      :

## PLAINTIFF GRIST MILL CAPITAL, LLC  DAMAGES ANALYSIS

### I.      Basis of Loss

In summary, the plaintiff Grist Mill Capital, LLC (GMC), was damaged by the conduct of

the Department of Labor ("DOL")[1] in seizing files and associated materials on May 26, 2011,

which precluded GMC from selling the life insurance policies in its possession.[2] The government

conflates the claims of Daniel Carpenter with that of GMC.

The legality of that seizure of its assets is challenged by GMC[3], and the seizure of those

policies and associated materials is what caused a majority of the damages to it. The damages are

---

[1] The IRS had previously seized files on April 20, 2010 which was the subject of *Carpenter vs. Shulman*, 3:13-cv-563 (SRU), a case now closed. The DOL then did its own seizure on May 26, 2011 which is the subject of this *Bivens* action.

[2] That conduct was compounded on May 25, 2011, when AUSA Novick served a subpoena upon Halloran and Sage requesting that the subpoena be kept confidential and requiring production of the documents seized by the IRS on April 20, 2010. *See Exh. 1, Novick May 25, 2021 Letter and Subpoena.* Grist Mill Capital. LLC learned about the "secret" subpoena in November of 2020. Following that, AUSA Novick refused to permit access to the information. *See Exh. 2, Aug. 30, 2021 D. Labelle Email.*

[3] Although Judge Chatigny denied a motion to suppress the fruits of the search and seizure in *United States v. Carpenter,* 3:13-cr-216 (RNC*)*, GMC was not a party to that case and had no opportunity to be heard before the Court.

thus caused by the government's illegal search and seizure, refusal to provide access to records, and intentional destruction of records, resulting in the complete loss of the Grist Mill Capital, LLC portfolio. Several policies were then foreclosed by Ridgewood Finance or lapsed by virtue of a lack of premium payments as GMC had no further assets and was forced out of business.

On May 25, 2011, AUSA David Novick served a subpoena upon Halloran and Sage requesting that the subpoena be kept confidential and requiring production of documents seized by the IRS on April 20, 2010. *See Exh. 1, Novick May 25, 2011 Letter and Subpoena.* The 2011 subpoena lists a series of boxes. *See id.* The list of boxes in the 2011 subpoena is identical to the list of boxes in Wayne Bursey's Affidavit filed on April 29, 2010 in Judge Covello's court in support of Grist Mill Capital, LLC request to obtain access to its records. *See Exh. 2, Bursey Aff.* ¶ *12.*

As the Court is aware, the boxes have still not been returned to Grist Mill Capital, LLC. *See Exh. 3, Boxes Not Returned Listing.* Further, Grist Mill Capital. LLC did not learn about the "secret" subpoena until November of 2020. Following that, AUSA Novick refused to permit access to the information. *See Exh. 4, Aug. 30, 2021 D. Labelle Email.* As of October 27, 2021, Grist Mill Capital, LLC still has not received access to its records.

Plaintiff Grist Mill Capital, LLC has multiple damages calculation models from which it may choose, as outlined below. The damages are caused by the Defendants' illegal search and seizure, refusal to provide access to records, and intentional destruction of records, resulting in the complete loss of the Grist Mill Capital, LLC portfolio. Similarly, the government's illegal actions caused the loss of the Charter Oak Trust portfolio that is the subject of Collateral Assignment Agreements in favor of Grist Mill Capital, LLC.

GMC is willing to settle all claims for a payment of $10,000,000.00. As described in more detail below, the illegal search and seizures effectively put Grist Mill Capital, LLC out of business. In addition to compensatory damages, GMC is entitled to punitive damages under Section 1983 to ensure this unlawful abuse of authority never happens to another small company in America.

II.    **Damage Analysis**

1.    **Lost Net Profit – Sale of Grist Mill Capital, LLC Portfolio**

The Wayne Bursey affidavit attached as Exhibit 3 states that the IRS absconded with records belonging to the Charter Oak Trust and that there is no reason for the IRS to seize Charter Oak Trust records because it could not possibly be associated with any tax records or the IRS search warrant. *See Exh. 3, Bursey Aff.* ¶¶ *6-7.* Further, negotiations were occurring to sell the policy portfolio with a cumulative face value of $2 billion owned by Grist Mill Capital, LLC. As a result of the May 25, 2011 subpoena, GMC lost its portfolio of policies.

At a minimum, Grist Mill Capital, LLC would have been paid a very conservative market rate of 14%. The calculation of damages is as follows:

$2,000,000,000.00 x 14% = $280,000,000.00

In the alternative, the calculation at a still-conservative market rate of 20% is as follows:

$2,000,000,000.00 x 20% = $400,000,000.00

3

### 2. Lost Net Profit – Sale of Charter Oak Trust Portfolio and Collateral Assignment to Grist Mill Capital, LLC

The Charter Oak Trust owned a portfolio containing policies with a cumulative face value of $450 million. The Charter Oak Trust policies were the subject of collateral assignment agreements and UCC-1 filings in favor of Grist Mill Capital, LLC. A copy of an actual Collateral Assignment Agreement as used is located at *Exhibit 5*.

Using the conservative market rate of 20%, the calculation of damages is as follows:

| | | |
|---|---|---|
| Face value | | $450,000,000.00 |
| Market rate | X | 20% |
| Gross sales proceeds | | $90,000,000.00 |
| Less: Ridgewood debt payoff | | -$35,000,000.00 |
| Estimated sales costs and commissions | | -$3,000,000.00 |
| Lost net profit | | $52,000,000.00 |

### 3. Out of Pocket Cost – Grist Mill Capital, LLC

The separate listing attached as Exhibit 6 details the various out of pocket costs incurred by Grist Mill Capital, LLC, which totals $107,000,000.00. *See Exhibit 6, GMC Expenditures Summary.*

### 4. Reinsurance Payment/Lost Death Benefits – Chart Oak Trust

Attached as Exhibit 7 is an April 8, 2019 Declaration filed on behalf of Lincoln Financial Group. Lincoln admits that Lincoln received a net amount in excess of $39 million from reinsurers. *See Exh. 7, Lincoln Declaration pp. 2-3, ¶ 7.*

The reinsurance payments received by Lincoln Financial Group that total over $39,000,000.00 were based on a $2 million premium payment to the reinsurance carriers represents a fair valuation of death benefits lost by the Charter Oak Trust. Because Charter Oak Trust was deprived of its policies, it was deprived of the death benefits, as the reinsurance payments represent payments of death benefits that otherwise would have been received by Charter Oak Trust and then paid to Grist Mill Capital, LLC under the Collateral Assignment Agreements. *See Exh. 7, Lincoln Declaration pp. 2-3, ¶ 7.* For the ease of the court's perusal, we have included the entire search inventory as Exhibit 8.

### III. Conclusion

Based upon the above analysis, the plaintiff GMC is willing to accept a settlement of $10,000,000.00 in compensation for its damages.

THE PLAINTIFF,
GRIST MILL CAPITAL, LLC

*/s/ Jonathan J. Einhorn*

JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
FEDERAL BAR NO. ct00163
EINHORNLAWOFFICE@GMAIL.COM

### CERTIFICATION

I hereby certify that on this 28[h] day of October, 2021, a copy of the foregoing was emailed to defense counsel, but not filed electronically.

*/s/ Jonathan J. Einhorn*
JONATHAN J. EINHORN

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

PETTIBONE TAVERN, LLC, ET AL.  :

V.            :  Case No. _____

COMMISSIONER OF INTERNAL REVENUE :  April 29, 2010

IN RE:  Illegal Seizure of Property by Search :
Warrant at 100 Grist Mill Road, Simsbury, :
Connecticut         :

## <u>DECLARATION OF WAYNE H. BURSEY</u>

  I, WAYNE H. BURSEY, pursuant to 28 U.S.C. § 1746(2), hereby declare as follows:

  1.  I am over the age of eighteen and understand the obligations of an oath.

  2.  I make this declaration from my personal knowledge and in support of Petitioners' Emergency Motion for Return of Illegally Seized Property.

  3.  I am Trustee of the Charter Oak Trust.

  4.  On April 20, 2010, several of my companies located at 100 Grist Mill Road in Simsbury, Connecticut, including Grist Mill Partners, LLC, Charter Oak Trust, and 1&3 Mill Pond Partners, LLC, were stormed and trampled by 35 – 50 armed Federal IRS CID Agents wearing Kevlar vests.

  5.  On Wednesday, April 21, 2010, I returned to my office located at 100 Grist Mill Road to find a large number of files and personal documents missing from my office.

<div align="center">1</div>

6.     The IRS Agents took all documents relating to one particular trust, Charter Oak Trust, of which I am the Trustee. The Charter Oak Trust does not allow tax deductions so it could not possibly be associated with any tax investigation or the underlying search warrant. The IRS's improper search and illegal seizure of documents that are not, and could not be in any way related to this "criminal investigation" has completely disrupted and effectively destroyed the day-to-day operating capability of our company.

7.     As Trustee of the Charter Oak Trust, I must insist on the immediate return of the property stolen from our building because they took all of the files pertaining to the Charter Oak Trust, which does not allow any tax deduction and which were not listed in the warrant, including:

- Live Original Insurance Policies (not Copies);
- Applications for Insurance;
- Confidential Client Financial Information;
- Confidential Medical Information Protected by HIPAA;
- Claim Files;
- Termination Files;
- Loan Agreements;
- Policy Illustrations;
- Adoption Agreements and other Enrollment Documents;
- Policyholder Servicing Requests and other Paperwork;
- Admin Binders.

8.     The federal agents also took every single file and every single policy and application belonging to Grist Mill Capital, LLC. Grist Mill Capital, LLC's portfolio is currently over Two Billion Dollars. This is particularly harmful in that Grist Mill Capital, LLC is in the midst of engineering a deal to sell its portfolio of insurance policies to a major German pension plan next month. This deal is now at risk because every insurance portfolio and policy was seized by the IRS on April 20, 2010.

UNIV_CT - 002324

9.  ·  The IRS agents also took personal and business files and depositions from my office and/or my desk, which were not identified in the search warrant, and which relate to real estate companies 1&3 Mill Pond Partners, LLC and Grist Mill Partners, LLC. Such files include lease agreements and other important documents related to these real estate companies, which are not related to any tax investigations.

10.   The IRS agents also took my daily notebooks that are paramount to my day to day activities and not identified in, or related to, the Search Warrant.

11.   In addition, my personal tax returns and personal 401K file contents were taken from my desk drawers and e-mails, many of which were personal in nature and all of which had nothing to do with the subject matter of the Search Warrant were imaged.

12.   The above mentioned items and files were stolen by IRS FED CID Agents are located in the following boxes:   32, 35, 36, 37, 38, 54, 75, 90, 103, 124, 128, 204, 205, 237, 238, 239, 243, 247, 249, 253, 291, 293 and 300.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 29, 2010

*Wayne H. Bursey*
Wayne H. Bursey

Wayne Bursey, being known to me or having produced satisfactory identification, affirmed that he had reviewed the contents of the foregoing and affirmed that the statements made within the affidavit are true.

Subscribed and sworn to before me this 29th day of April, 2010.

Notary Public
My Commission expires: 3/31/12

3

JASON J. CONCATELLI
Notary Public, State of Connecticut
My Commission Expires March 31, 2012



U.S. Department of Justice

*United States Attorney*
*District of Connecticut*

Abraham A. Ribicoff Federal Building          (860) 947-1101
450 Main Street, Room 328                    Fax (860) 760-7979
Hartford, Connecticut 06103                  www.usdoj.gov/usao/ct

May 25, 2011

Halloran and Sage, LLP
315 Post Road West
Westport, CT 06880-4739
Attention: Dan E. LaBelle, Esq.

      Re:   <u>Non-Disclosure of Subpoena</u>

Dear Sir or Madam:

      You have been served with a subpoena which requires you to appear before a federal grand jury June 28, 2011 with certain specified documents. Because this subpoena is being issued as part of an ongoing investigation, we request that you do not disclose its existence or its contents to any person who is not involved in your internal document production process. If at some point you decide that it is necessary to disclose the existence and/or the contents of this subpoena, I request that you notify me of your intent to do so prior to the time of the disclosure.

      In addition, to the extent that you do not produce certain responsive materials on the basis that you believe they are protected by the attorney-client or any other privilege, please include with your production a log identifying any documents withheld on the basis of privilege.

      **YOUR PERSONAL APPEARANCE BEFORE THE GRAND JURY WILL BE EXCUSED if these records are provided to Special Agent Lynn Allen, U.S. Department of Labor, Office of Inspector General, c/o Squad 4, 600 State Street, New Haven, CT 06511, telephone (203) 630-9526, facsimile (203) 630-9530 on or before the grand jury date**

      Very truly yours,

      DAVID B. FEIN
      UNITED STATES ATTORNEY

      DAVID E. NOVICK
      ASSISTANT UNITED STATES ATTORNEY

Enclosure

# UNITED STATES DISTRICT COURT

H-10-2-9(416)

for the

District of Connecticut

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:
Halloran & Sage, LLP
315 Post Road West
Westport, CT

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| United States District Court    (Grand Jury Room, 3rd Floor)<br>450 Main Street<br>Hartford, CT 06103 | **June 28, 2011 at 9:30 a.m.** |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

### SEE ATTACHMENT.

**PLEASE NOTE:**

In lieu of personally appearing before the Grand Jury, these records may be provided to these records are provided to Special Agent Lynn Allen, U.S. Department of Labor, Office of Inspector General, c/o Squad 4, 600 State Street, New Haven, CT 06511, telephone (203) 630-9526, facsimile (203) 630-9530 on or before the grand jury date

Date:    May 25, 2011
_____

*CLERK OF COURT*

*Yelena Gutierrez*

Digitally signed by Yelena Gutierrez
DN: cn=Yelena Gutierrez, o=United States District
Court, ou=Clerks Office, email=yelena_gutierrez@ctd.
uscourts.gov, c=US
Date: 2011.04.04 16:59:54 -04'00'

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Assistant U.S. Attorney David E. Novick
450 Main Street, Room 328
Hartford, CT 06103
Tele: (860) 947-1101        CONTROL #416

## Attachment to Subpoena

**TO:**   Halloran and Sage, LLP
315 Post Road West
Westport, CT 06880-4739

Attention: Dan E. LaBelle, Esq.


Provide all documents and other items seized pursuant to a search warrant executed at 100 Grist Mill Road, Simsbury, Connecticut, by the IRS-CID of Milwaukee, Wisconsin, on April 20, 2010, that are related to Charter Oak Trust, Charter Oak Trust 2009, Grist Mill Capital, and Avon Capital and associated entities, including but not limited to IRS evidence box numbers 36, 38, 54, 75, 81, 103, 205, 238, 249, 287, 293, 300, 308, 35, 37, 121,128, 129, 125, 239, 32, 90, 124, 204, 237, 243, 247, 253 and 291.


**In lieu of personally appearing before the Grand Jury, these records may be provided to Special Agent Lynn Allen, U.S. Department of Labor, Office of Inspector General, c/o Squad 4, 600 State Street, New Haven, CT 06511, telephone (203) 630-9526, facsimile (203) 630-9530 on or before the grand jury date.**

# AUSA NOVICK SUBPOENA
## BOXES NOT RETURNED

| | | |
|---|---|---|
| 32 | 124 | 247 |
| 35 | 125* | 249 |
| 36 | 128 | 253 |
| 37 | 129* | 287 |
| 38 | 145 | 291 |
| 54 | 204* | 293 |
| 75 | 205 | 300 |
| 81* | 237 | 308* |
| 90 | 238 | |
| 103 | 239 | |
| 121* | 243 | |

*Boxes Returned

From: "Dan E. LaBelle" <LABELLE@halloransage.com>
Date: 8/30/21 2:36 PM (GMT-05:00)
To: Dan Carpenter US <dcarpenter@usbgi.com>, "Donna W. Parrott" <parrott@halloransage.com>,
"William J. McGrath, Jr." <McGrath@halloransage.com>
Subject: RE: NextPoint: Govt Computer Dump

I spoke with the U.S. Attorney's office. Their position is unchanged regarding Dan Carpenter, or anyone else for that matter, having access to the discovery material from the criminal case. In addition to some material obtained from the search of BASI premises and BASI computers, the material includes investigatory reports and information/documents obtained from third party sources. Although Dan C.'s criminal case is concluded, there is still post judgment litigation so the government's position is that the protective order remains in place and the limited access/no copying protocols should still be followed. I will so inform Universitas counsel.

# COLLATERAL ASSIGNMENT AGREEMENT

FOR VALUE RECEIVED, this COLLATERAL ASSIGNMENT AGREEMENT, dated as of March 19, 2007 (as amended, supplemented or otherwise modified from time to time, this "Assignment") is entered into by CHRISTIANA BANK & TRUST COMPANY, acting solely in its capacity as the Insurance Trustee (the "Trustee") of the CHARTER OAK TRUST, a trust created and existing under the laws of the State of Connecticut (the "Assignor") pursuant to that certain trust instrument dated as of October 1, 2006 (the "Trust Agreement"), in favor of GRIST MILL CAPITAL, LLC, a limited liability company organized under the laws of the State of Connecticut (individually or collectively, the "Assignee"), its successors and assigns. Capitalized terms not defined herein have the same meaning as described in that certain Amended and Restated Line of Credit and Security Agreement dated as of February 12, 2007, by and among Assignee, Avon Capital, LLC and the Lender therein (as it may be amended, modified, supplemented or restated from time to time, the "Loan Agreement").

1.    <u>Assignment</u>. Assignor hereby assigns, transfers, pledges and grants all of Assignor's claims, options, privileges, rights, titles and interests in, to and under (except as provided in Section 2 hereof) the life insurance policies described on <u>Exhibit A</u> attached hereto and made a part hereof to Assignee and any and all additions, renewals and supplementary contracts issued in connection therewith and any and all proceeds thereof (said policies and contracts and proceeds are hereinafter collectively referred to as the "Insurance Policy"), subject to all the terms and conditions of this Assignment. This Assignment includes, without limitation (except as provided in Section 2 hereof), Assignor's assignment of the following rights to Assignee:

(a)    The sole right to collect from the insurer(s) issuing the Insurance Policy (the "Insurer") the net proceeds of the Insurance Policy due to the death of the insured or maturity (subject to the covenants herein);

(b)    The sole right to cancel or surrender the Insurance Policy and receive the surrender value thereof at any time provided by the terms of the Insurance Policy and at such other times as the Insurer may allow;

(c)    The sole right to obtain one or more loans or advances on Assignee's interest in the Insurance Policy at any time, either from the Insurer or from other persons, and to pledge or assign Assignee's interest of the Insurance Policy as security for such loans or advances;

(d)    The sole right to collect and receive all distributions or shares of surplus, dividend deposits or additions to the Insurance Policy now or hereafter made or apportioned thereto, and to exercise any and all options contained in the Insurance Policy with respect thereto; <u>provided</u>, that unless and until Assignee shall notify the Insurer in

1
COPYRIGHT © 2007 NOVA GROUP, INC.
ALL RIGHTS RESERVED. REV. 02/27/07

writing to the contrary, the distributions or shares of surplus, dividend deposits and additions shall continue on the plan in force at the time of this Assignment;

(e)     The right to exercise all non-forfeiture rights permitted by the terms of the Insurance Policy or allowed by the Insurer and to receive all benefits and advantages derived therefrom;

(f)     The right to exercise any and all voting rights or privileges to the extent created or endowed by the Insurance Policy; and

(g)     The right, upon the exercise of the Default Sale Right as set forth herein, to sell, transfer and assign the interest of the Insurance Policy conveyed to Assignee pursuant to Section 8.

2.     <u>Rights Reserved</u>. The parties agree that, so long as the Insurance Policy has not been surrendered, Assignor shall have the right to collect from the Insurer any disability benefit payable in cash that does not reduce the amount of insurance. The reservation of this right shall in no way impair the right of the Assignee to surrender the Insurance Policy completely with all of its incidents or impair any other rights of the Assignee hereunder, and any designation or change of beneficiary or election of a mode of settlement shall be made subject to this Assignment and to the rights of the Assignee hereunder.

3.     <u>Obligations Secured</u>. This Assignment is made, and the Insurance Policy is to be held, as collateral security for any and all obligations and liabilities of Assignor, either now existing or that may hereafter arise, under the Assigned Fee Agreements, all of which obligations and liabilities in respect of the Assigned Fee Agreements, secured or to become secured, are herein called the "Liabilities". Subject to the terms of this Assignment, Assignee shall apply money received under the Insurance Policy to pay the Liabilities as and when they become due in the order in which they become due.

4.     <u>Representations and Warranties of Assignor</u>. Assignor hereby represents and warrants to Assignee and the Insurer: (a) the execution, delivery and performance of this Assignment by Assignor is within Assignor's power and do not conflict with, violate, create a lien or default under or require a consent under any document or agreement to which Assignor is a party or by which it is bound; (b) the insured under the Insurance Policy has the financial ability, but not the obligation, to make subsequent contributions to the Assignor to allow the Assignor to pay the insurance premiums required to be paid for the Insurance Policy following the no less than twenty-five (25) nor more than thirty (30) months anniversary of the Client Transaction; (c) the Assignor has an insurable interest in the life of the insured under the Insurance Policy; (d) the Insurance Policy is in full force and effect; (e) the Assignor is the sole owner of the Insurance Policy and has full authority to assign the Insurance Policy to Assignee; (f) the Assignor has neither assigned, nor granted or suffered any lien or security interest against, the Insurance Policy to any other entity, except as provided in this Assignment; (g) this Assignment constitutes a legal, valid and binding obligation of the Assignor enforceable by Assignee against the Assignor in accordance with its terms (subject to applicable bankruptcy, insolvency, fraudulent conveyance, reorganization, moratorium and similar laws affecting creditors' rights and remedies generally); and (h) none of the proceeds of the Assigned Fee

COPYRIGHT © 2007 NOVA GROUP, INC.
ALL RIGHTS RESERVED. REV. 02/27/07

Agreements will be used for personal, family or household purposes or any purpose other than the payment of life insurance premiums and related fees and expenses for the Insurance Policy. Assignor further represents and warrants to Assignee that no proceedings in bankruptcy or any other insolvency law are pending or, to its knowledge, threatened against Assignor and that no grounds exist for any such proceedings.

5.    <u>Covenants</u>. Assignor and Assignee covenant and agree as follows:

(a)    Unless Assignee shall have elected to exercise the Default Sale Right (as defined below), any balance of sums received hereunder, including loans and cash withdrawals, from the Insurer remaining after payment of the then existing Liabilities, matured or unmatured, shall be paid in full by Assignee to the persons entitled thereto under the terms of the Insurance Policy;

(b)    Assignor shall not surrender, cancel, or otherwise terminate the Insurance Policy or allow the Insurance Policy to lapse or terminate. Assignor shall do or cause to be done all things necessary to preserve and keep in full force the Insurance Policy until the Liabilities have been satisfied in full under the terms and conditions of the Assigned Fee Agreements.

(c)    Assignee shall not consent to the exercise of either the right to surrender or lapse of the Insurance Policy or the right to obtain policy loans from the Insurer, unless and until there has been a Default Sale Event;

(d)    After a Default Sale Event, upon Assignor's request, Assignee shall forward to the Insurer, without unreasonable delay, the Insurance Policy for endorsement of any designation or change of beneficiary or any election of an optional mode of settlement;

(e)    The Insurer is hereby authorized and instructed by Assignor to recognize Assignee's claims to rights hereunder (including the exercise of the Default Sale Right) without investigating the reason for any action taken by Assignee, or the validity or the amount of the Liabilities or the existence of any Default Sale Event, or the giving of any notice hereunder, under applicable law or otherwise, or the application to be made by Assignee of any amounts to be paid to Assignee. The signatures of Assignee shall be sufficient for the exercise of any rights under the Insurance Policy assigned hereby and the receipt by Assignee of any sums shall be a full discharge and release therefore to the Insurer. Checks for all or any part of the sums payable under the Insurance Policy and assigned herein shall be paid to the exclusive order of Assignee if, when, and in such amounts as may be requested by Assignee;

(f)    Assignor shall at no time change the mode of premium payment or otherwise modify the timing of any such premium payments from the signed Insurance Policy illustration provided by Assignor to Assignee. Assignee shall be under no obligation to pay any premium, or the principal of or interest on any loans or advances on the Insurance Policy, whether or not obtained by Assignee, or any other charges on the Insurance Policy, but such amounts so paid by Assignee from its own funds, shall

3
COPYRIGHT © 2007 NOVA GROUP, INC.
ALL RIGHTS RESERVED. REV. 02/27/07

become a part of the Liabilities hereby secured and shall be subject to the terms of the Assigned Fee Agreements and shall be secured by this Assignment;

(g)  The exercise of any right, option, privilege or power given by Assignor to Assignee under this Assignment shall be at the option of Assignee, and Assignee may exercise any such right, option, privilege or power without notice to, or assent by, or affecting the liability of, or releasing any interest hereby assigned by Assignor;

(h)  Assignee shall promptly notify Assignor in writing if Assignee shall assign any of its rights under the Assigned Fee Agreements or this Assignment, and Assignee shall provide Assignor with the name and address of Assignee, and such other information as Assignor may request; and

(i)  Assignee shall promptly provide Assignor with copies of all documents, instruments, correspondence and other written materials received by Assignee from the Insurer, and promptly (but in no event later than fifteen (15) days following receipt) remit to Assignor Assignee's share of any proceeds received by Assignee from the Insurer that are payable by Assignee to Assignor.

6.  Termination. This Assignment shall automatically terminate on the date on which the Liabilities have been paid and performed in full.

7.  Further Assurances. Assignee and Assignor each hereby covenant and agree to execute any and all documents, instruments, certificates and agreements that may be necessary to give effect to the matters contemplated herein.

8.  Default Sale Right; Default Sale Event. Each of the following shall constitute a "Default Sale Event" as that term is used in this Assignment: the occurrence and continuation of an event of default under the Assigned Fee Agreements which has not been remedied within the time period, if any, set forth in the Assigned Fee Agreements, (b) the occurrence and continuation of any breach by Assignor of any material covenant or obligation of Assignor contained in the Assigned Fee Agreements, and (c) the occurrence and continuation of any breach by Assignor of any material covenant or obligation of Assignor contained in this Collateral Assignment; provided that no event of default or breach of covenant or obligation shall be deemed to be a Default Sale Event unless, on or after the occurrence thereof, Assignee shall have given Assignor written notice of such event of default or breach of covenant or obligation, which notice shall state that Assignee has determined to exercise its Default Sale Right (the "Default Sale Notice") and thus foreclose on the Insurance Policy. Upon receipt of a Default Sale Notice, Assignor shall immediately transfer and assign Assignor's ownership, claims, options, privileges, rights, titles and interests, without limitation, in, to and under the Insurance Policy to Assignee (or its designee) and thereby forever relinquish any and all rights Assignor may have under this Assignment or the Note (the "Default Sale Right"). Assignor shall execute any and all documents necessary to effect the Default Sale Right. Upon the exercise of this Default Sale Right, Assignee shall notify the Insurer in writing and the Insurer shall thereafter recognize Assignee as the sole lawful owner of the Insurance Policy, and Assignee, acting in its sole and absolute discretion, shall have full power and authority (a) to sell or

4

COPYRIGHT © 2007 NOVA GROUP, INC.
ALL RIGHTS RESERVED. REV. 02/27/07

otherwise dispose of the Insurance Policy and to receive all consideration obtained in connection with such sale or other disposition, (b) to receive all payments due from the Insurer with respect to the Insurance Policy, and (c) otherwise to enjoy all rights and benefits of the Insurance Policy. Monies or other proceeds received by Assignee upon exercise of the Default Sale Right or otherwise in exercise of its rights and remedies by the giving of a Default Sale Notice following a Default Sale Event shall be applied as follows: first to payment of all costs and expenses, including fees and expenses of Assignee's counsel, incurred by the Assignee in connection with the Default Sale Event and exercise of its rights and remedies; second, to the payment of all amounts due and owing with respect to the Assigned Fee Agreements; and third, to the extent of any excess, the balance also to the Assignee, it being understood that such balance of any payments of death benefits or other amounts on the Insurance Policy, following application of the proceeds thereof to the items in paragraphs first through fourth, shall be remitted to the Assignor during the period prior to the Assignor's receipt of the Default Sale Notice declaring the Assignee's exercise of the Default Sale Right upon the occurrence of a Default Sale Event, but such balance shall be irrevocably retained by the Assignee (or its assigns) and not remitted to the Assignor if received during the period from and after the date the Assignor receives the Default Sale Notice declaring Assignee's exercise of the Default Sale Right upon the occurrence of a Default Sale Event.

9.    Assignee's Appointment as Attorney-in-Fact.

(a)    Assignor hereby irrevocably constitutes and appoints Assignee and any officer or agent thereof, with full power of substitution, as its true and lawful attorney-in-fact with full irrevocable power and authority in the place and stead of Assignor and in the name of Assignor or in its own name, from time to time in Assignee's discretion, for the limited purpose of carrying out all terms of this Assignment, to take any and all appropriate action and to execute and deliver any and all documents and instruments which Assignee may deem necessary or desirable to accomplish the purposes of this Assignment and, without limiting the generality of the foregoing, hereby gives Assignee the power and right, on behalf of Assignor, without notice to or assent by Assignor to do the following:

(i)    to take possession of and endorse and collect any checks, drafts, notes, acceptances or other instruments for the payment of monies due under the Insurance Policy and to file any claim or to take any other action or proceeding in any court of law or equity or otherwise deemed appropriate by Assignee for the purpose of collecting any and all such monies due under the Insurance Policy whenever payable and to file any claim or to take any other action or proceeding in any court of law or equity or otherwise deemed appropriate by Assignee for the purpose of collecting any and all such monies due under the Insurance Policy whenever payable; and

(ii)    (A) to direct any party liable for any payment under the Insurance Policy to make payment of any and all monies due, and to become due there under, directly to Assignee or as the Assignee shall direct; (B) to receive payment of and receipt for any and all monies, claims and other amounts due, and to become due at any time, in respect of or arising out of the Insurance Policy; (C)

COPYRIGHT © 2007 NOVA GROUP, INC.
ALL RIGHTS RESERVED. REV. 02/27/07

to commence and prosecute any suits, actions or proceedings at law or in equity in any court of competent jurisdiction to collect amounts due under the Insurance Policy or any part thereof and to enforce any other right in respect of the Insurance Policy; (D) to defend any suit, action or proceeding brought against Assignor with respect to the Insurance Policy; (E) to settle, compromise or adjust any suit, action or proceeding described above and, in connection therewith, to give such discharges or releases as Assignee may deem appropriate; and (F) generally to sell, transfer, pledge, make any agreement with respect to or otherwise deal with the Insurance Policy as fully and completely as though Assignee were the absolute owner thereof for all purposes, and to do, at Assignee's option, at any time, or from time to time, all acts and things that Assignee reasonably deems necessary to protect, preserve or realize upon the Insurance Policy and Assignee's lien therein, in order to effect the intent of this Assignment, all as fully and effectively as Assignor might do.

(b)     Assignor hereby ratifies, to the extent permitted by law, all that any said attorney shall lawfully do or cause to be done by virtue hereof. The power of attorney granted pursuant to this Assignment, being coupled with an interest, shall be irrevocable until the Liabilities are indefeasibly paid in full (in the case of payment obligations) and otherwise satisfied and discharged.

(c)     The powers conferred on Assignee hereunder are solely to protect Assignee's interests in the Insurance Policy and shall not impose any duty upon it to exercise any such powers. Assignee shall be accountable only for amounts that it actually receives as a result of the exercise of such powers and neither it nor any of its officers, directors, employees or agents shall be responsible to Assignor for any act or failure to act, except for its own gross negligence or willful misconduct.

(d)     Assignor also authorizes Assignee, at any time and from time to time upon the occurrence and during the continuance of a Default Sale Event, to execute, in connection with the sale provided for herein, any endorsements, assignments or other instruments of conveyance or transfer with respect to the Insurance Policy.

10.     No Waiver. Any forbearance or failure or delay by Assignee in exercising any right, power or remedy hereunder shall not be deemed to be a waiver of such right, power or remedy, and any single or partial exercise of any right, power or remedy shall not preclude the further exercise thereof. Assignee may take or release other security, may release any party primarily or secondarily liable for any of the Liabilities, may grant extensions, renewals or indulgences with respect to the Liabilities, or may apply to the Liabilities in such order as Assignee shall determine, the proceeds of the Insurance Policy hereby assigned or any amount received on account of the Insurance Policy by the exercise of any right permitted under this Assignment, without resorting or regard to other security or any guaranty. No waiver of any provision hereof shall be effective unless it shall be in writing and signed by Assignee.

11.     Successors and Assigns. All of the terms and provisions of this Assignment shall be binding upon, and inure to the benefit of, and be enforceable by, the respective successors, executors, administrators and assigns of the parties hereto.

COPYRIGHT © 2007 NOVA GROUP, INC.
ALL RIGHTS RESERVED. REV. 02/27/07

12.    Entire Agreement. This Assignment and Assigned Fee Agreements are the entire agreement and understanding of the parties with respect to the subject matter hereof and supersede all prior agreements or understandings between or among such parties with respect to such subject matter. This Assignment may not be altered or amended except by subsequent written agreement duly executed by all of the parties. The unenforceability of any provision of this Assignment shall not affect the enforceability or validity of any other provision hereof. No delay or omission on the part of Assignee in exercising any rights hereunder or under the Assigned Fee Agreements shall operate as a waiver of such right or of any other right under this Assignment, or the Assigned Fee Agreements.

13.    Notices. All notices and other communications required or permitted hereunder shall be given in writing and shall be deemed effectively given (a) upon delivery, when delivered personally against receipt therefor, (b) upon delivery when sent by certified mail, postage prepaid and return receipt requested, (c) upon transmission, when transmitted by telecopier, facsimile, telex or other electronic transmission method, provided that receipt is confirmed and notice is sent by certified or registered mail, postage prepaid and return receipt requested, or (d) upon delivery, when sent by Federal Express or other nationally recognized overnight delivery service:

If to Assignee:      Grist Mill Capital, LLC
                     100 Grist Mill Road
                     Simsbury, Connecticut 06070
                     Telephone:(860)408-7000
                     Facsimile: (860)408-7005


If to Assignor:      Charter Oak Trust
                     100 Grist Mill Road
                     Simsbury, Connecticut 06070
                     Telephone: (860) 408-7000
                     Facsimile: (860) 408-7005

With a copy to:      Christiana Bank & Trust Company
                     300 Delaware Avenue, Suite 714
                     Wilmington, DE 19801
                     Telephone: (302) 888-7438
                     Facsimile: (302) 421-3628
                     Attention: Deborah L. Lutes, Trust Officer

14.    Governing Law. This Assignment shall be governed by and construed in accordance with the internal laws of the State of New York, without giving effect to conflicts of law provision or rule (whether of the State of New York or any other jurisdiction) that would result in the application of the laws of any jurisdiction other than the State of New York.

COPYRIGHT © 2007 NOVA GROUP, INC.
ALL RIGHTS RESERVED. REV. 02/27/07

15. <u>Consent to Jurisdiction and Waiver of Jury</u>. EACH PARTY HERETO AGREES TO THE EXCLUSIVE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT OR THE CONNECTICUT SUPERIOR COURT, STAMFORD/NORWALK DIVISION, WITH RESPECT TO ANY CLAIM OR CAUSE OF ACTION, WHETHER IN LAW OR EQUITY, INCLUDING SPECIFIC PERFORMANCE, ARISING UNDER OR RELATING TO THIS AGREEMENT, AND WAIVES PERSONAL SERVICE OF ANY AND ALL PROCESS UPON IT, AND CONSENTS THAT ALL SERVICES OF PROCESS MAY BE MADE BY CERTIFIED OR REGISTERED MAIL, POSTAGE PRE-PAID AND RETURN RECEIPT REQUESTED, TO THE ADDRESS OF THE PARTIES SET FORTH HEREIN. EACH PARTY HERETO WAIVES ANY OBJECTION BASED ON FORUM NON-CONVENIENS AND WAIVES ANY OBJECTION TO VENUE OF ANY ACTION INSTITUTED HEREUNDER. EACH PARTY HERETO WAIVES TRIAL BY JURY IN ANY ACTION BROUGHT HEREUNDER. EACH PARTY HERETO AGREES THAT A FINAL JUDGMENT IN ANY SUCH ACTION SHALL BE CONCLUSIVE AND MAY BE ENFORCED IN ANY OTHER JURISDICTION BY SUIT ON A JUDGMENT OR IN ANY OTHER MANNER PROVIDED BY LAW. NOTHING IN THIS SECTION SHALL AFFECT THE RIGHT OF ANY PARTY HERETO TO SERVE LEGAL PROCESS IN ANY OTHER MANNER PERMITTED BY LAW. TO THE EXTENT THAT ANY PARTY HERETO HAS OR HEREAFTER MAY ACQUIRE ANY IMMUNITY FROM JURISDICTION OF ANY COURT OR FROM ANY LEGAL PROCESS WITH RESPECT TO ITSELF OR ITS PROPERTY, SUCH PARTY HEREBY WAIVES (TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW) SUCH IMMUNITY IN RESPECT OF ITS OBLIGATIONS HEREUNDER.

16. <u>Heading</u>. The headings of the sections of this Assignment are inserted for convenience only and shall not be deemed to constitute a part hereof.

17. <u>Severability</u>. In the event any one or more of the provisions contained in this Assignment shall for any reason be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision hereof, and this Assignment shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein.

18. <u>Counterparts</u>. This Assignment may be executed in any number of separate counterparts by one or more of the parties hereto and all of said counterparts taken together shall constitute one and the same instrument.

19. <u>Limited Liability</u>. It is expressly acknowledged and agreed that the liabilities and obligations under this Assignment are the sole obligations of the Assignor and are not the individual liabilities or obligations of the Trustee or of any settlor or beneficiary of the Assignor.

[Signatures appear on following pages.]

COPYRIGHT © 2007 NOVA GROUP, INC.
ALL RIGHTS RESERVED. REV. 02/27/07

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment in favor of Assignee as of the date first written above.

ASSIGNOR:

CHARTER OAK TRUST

By: Christiana Bank & Trust Company,
    Insurance Trustee

By: _____
    Name:
    Title:

Date: _____

State of Delaware
County of New Castle

UNDER MY HAND AND NOTARIAL SEAL, _____ day of _____ 200__.

_____
Notary Public
My Commission Expires: _____

IN WITNESS WHEREOF, the undersigned assignee has accepted and acknowledged this Assignment as of the date first written above:

**ASSIGNEE:**

GRIST MILL CAPITAL, LLC, a Connecticut limited liability company

By: _Daniel E Carpenter_ _____
    Daniel E. Carpenter, Chairman of Managing Member

Date: _March 19 2007_ _____

State of Connecticut
County of ~~Fairfield~~ _Hartford_

UNDER MY HAND AND NOTARIAL SEAL, _19_ day of _March_ 200_7_

_Deborah Thomas_ _____
Notary Public
My Commission Expires: _Nov 30, 2010_

9

COPYRIGHT © 2007 NOVA GROUP, INC.
ALL RIGHTS RESERVED. REV. 02/27/07

The undersigned, _____, without assuming any responsibility for the validity or the sufficiency of the attached Collateral Assignment of Life Insurance Policy (this "Collateral Assignment"), hereby acknowledges and consents to this Collateral Assignment and agrees to pay all amounts due under the Insurance Policy specified herein directly to the Assignee, to the extent of amounts payable to the Assignee by the Assignor pursuant to the Assigned Fee Agreements and this Collateral Assignment (as such terms are defined in the preceding agreement) with the balance thereunder (if any) payable to the beneficiaries designated therein.

CONSENT AND ACKNOWLEDGEMENT:

_____, Insurer

COPYRIGHT © 2007 NOVA GROUP, INC.
ALL RIGHTS RESERVED. REV. 02/27/07

<u>Exhibit A</u>

Assigned Life Insurance Policies

Policy No.: 7320809                    Issued By: Lincoln National ("Insurer")

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment in favor of Assignee as of the date first written above.

ASSIGNOR:

CHARTER OAK TRUST

By: Christiana Bank & Trust Company,
      Insurance Trustee

By: _James M. Young_

Name:     James M. Young
Title:      Vice President

Date: _1/12/07_

State of Delaware
County of New Castle

UNDER MY HAND AND NOTARIAL SEAL, _12_ day of _January_ 200_7_.

_Deborah L Lutes_
Notary Public
My Commission Expires: _12/2/2009_

IN WITNESS WHEREOF, the undersigned assignee has accepted and acknowledged this Assignment as of the date first written above:

**ASSIGNEE:**

GRIST MILL CAPITAL, LLC, a Connecticut limited liability company

By: _Warren H Bussey_

Date: _1/12/2007_

State of Connecticut
County of Hartford

UNDER MY HAND AND NOTARIAL SEAL, _12th_ day of _January_ 200_7_.

_Ben M Anderson_
Notary Public
My Commission Expires: _8-31-2010_

9

**Grist Mill Capital, LLC**
**Premium Expenditures**

### TOTAL COSTS FOR CHARTER OAK TRUST & CHARTER OAK TRUST 2009

| | |
|---|---|
| COLLATERAL: | $1,100,000.00 |
| INTEREST PAID: | $610,685.68 |
| INTEREST CAPLTD: | $7,939,519.74 |
| COT TOTAL: | $9,650,205.42 |
| | |
| GMC 6/8/09 LOAN REPAYMENT(1): | $2,833,568.64 |
| GMC 6/8/09 LOAN REPAYMENT(2): | $965,314.17 |
| GMC 12/3/09 LOAN REPAYMENT: | $510,000.00 |
| PCMG 12/3/09 LOAN REPAYMENT: | $2,774,250.00 |
| LOAN REPAYMENT TOTAL: | $7,083,132.81 |
| | |
| TOTAL OTHER EXPENSES: | $16,733,338.23 |
| | |
| PREMIUM PAYMENTS TO CARRIERS: | $90,384,637.36 |
| | |
| GRAND TOTAL: | $107,117,975.59 |

UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:13-CR-226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | |

## **DECLARATION OF GLEN STEBBINS**

I, Glen Stebbins, make this declaration under penalty of perjury as permitted under Section 1746 of Title 28 of the United States Code.

1.      I am currently employed by Lincoln Financial Group ("Lincoln").  I have been employed by Lincoln since January 1, 1998.  My current title is Director, Reinsurance.  In that capacity, I am familiar with Lincoln's business practices in connection with obtaining reinsurance coverage for life insurance policies issued by Lincoln.

2.      I submit this declaration in support of efforts by the United States Attorney's Office for the District of Connecticut ("USAO") to obtain restitution for victims in the case *United States v. Carpenter*, No. 3:13-cr-226-RNC.

3.      I make the following representations based upon, among other things, my experience at Lincoln, my discussions with other employees of Lincoln, and my review of Lincoln's business records, including, but limited to, records related to the following seven life insurance policies (collectively, the "COT Policies"), issued by Lincoln, on which Lincoln paid a death benefit claim:

| Policy Number | Insured | Issue Date | Claim Paid |
|---|---|---|---|
| xxxxx8562 | Mary Bailey | 2/1/2008 | $9,511,923 |
| xxxxx7596 | William Dudley | 8/6/2008 | $1,750,000 |
| xxxxx8276 | Ronald Goelzer | 1/9/2009 | $5,116,009 |
| xxxxx7837 | George Gordon | 2/3/2008 | $2,511,088 |
| xxxxx5475 | Sash Spencer | 12/22/2006 | $10,225,759 |

| Policy Number | Insured | Issue Date | Claim Paid |
|---|---|---|---|
| xxxxx0809 | Sash Spencer | 12/22/2006 | $20,451,518 |
| xxxxx0613 | Joseph Weatherford | 10/10/2008 | $4,000,000 |

4.      As a general matter, Lincoln has numerous reinsurance treaties with various

reinsurance companies.  The treaties provide Lincoln with reinsurance coverage for certain life

insurance policies issued by Lincoln.  Pursuant to these reinsurance treaties, Lincoln pays

premiums to the reinsurance companies, and in exchange, the reinsurance companies pay

Lincoln a portion of any reinsured death benefit claim that Lincoln incurs on life insurance

policies covered under the treaties.

5.      Once an automatic reinsurance treaty is in force, the treaty automatically covers

applicable Lincoln life insurance policies issued thereafter that meet certain parameters specified

in the treaty.  A Lincoln life insurance policy may be covered by multiple reinsurance treaties,

where each treaty covers a specified share of all death benefit claims for all life insurance

policies that fall within the scope of the treaty. A treaty may close to new policies at some point,

but reinsurance coverage remains in effect for applicable active policies issued while the treaty

was open, and Lincoln pays reinsurance premiums on those active policies until they terminate.

6.      When Lincoln issues a life insurance policy on which reinsurance is in place,

Lincoln begins paying reinsurance premiums to the reinsurance companies. While each treaty

covers numerous policies, Lincoln pays reinsurance premiums to the reinsurers for each policy

covered by the treaty.  Reinsurance premiums are paid on a periodic basis through the duration

of the insurance policy. If Lincoln pays a death benefit on a policy, Lincoln obtains

reimbursement from the reinsurance companies pursuant to the treaties that cover the policy.

7.      Each of the COT Policies referenced above had reinsurance coverage that went

into effect the day the policy was issued.  The reinsurance coverage on each policy remained in

effect until the death benefit was paid. The total amount of reinsurance premiums Lincoln paid

on the COT Policies was $2,115,673.57.  The total amount that Lincoln recovered on the COT

Policies from reinsurers was $39,393,378.89.


      I declare under penalty of perjury that the foregoing is true and accurate.

Executed on this ___ day of April 2019, at Hartford, Connecticut.

                        Glen Stebbins



# SEARCH WARRANT INVENTORY

Position/Box.: _Z_ / ___

Subject Name: CHARTER OAK TRUST

Date: May 26th, 2011

Subject Address: 100 GRIST MILL ROAD, SIMSBURY, CT

Floor/Room No.: _____

Agent(s): MIKULKA + Hamilton

Case No. 25-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: Various Computers as described below   Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

Images of the following computers ~~taken~~ pursuant to the warrant:

1. – DELL OPTIPLEX 745 : Tag# FQ46LC1
2. – DELL OPTIPLEX GX280 : Tag# GG7ZS51
3. – DELL OPTIPLEX 745 : Tag# CQ46LC1
4. – DELL OPTIPLEX GX-520 : Tag# 9KW1ØB1
5. – IBM CLONE – no serial #.
6. – DELL LATITUDE E4310 – Tag#: HBXY3Q1
7. – DELL OPTIPLEX GX520 : Tag#: 4DJF691
8. – DELL SERVER PE 2900 : SERIAL#: 7YTNQB1 (Server #3)
9. – Power Edge 2600 : Serial#: 722PB51 (Server #2)
10. – Power Edge T610 : Serial#: CBWWSK1 (Server #1)
11. – SanDisk 16GB – serial# SDCZ4Ø-Ø16G
12. – DELL OPTIPLEX GX520 : Tag#: 424PL91

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -  Subject Searched
Green -  Evidence Custodian

Page    of    pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

 

# SEARCH WARRANT INVENTORY

Position/Box: **D4 / **

Subject Name: CHARTER OAK TRUST

Date: MAY 26th, 2011

Subject Address: 100 GRIST MILL ROAD, SIMSBURY, CT

Floor/Room No.: 1

Agent(s): SA CHUI / SA Mikulka.

Case No. 25-703H-0002-LC-J

Safe: _____ Cabinet: ✓ Credenza: _____ Desk: _____ Drawer: ___

Other: _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

Various folders of individuals from drawer label: CHARTER OAK TRUST PRE-REVIEW FILES BUSINESS NOT YET TAKEN (BOX 1 OF 2)

S/A CHUI

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian





## SEARCH WARRANT INVENTORY

Position/Box: _D4___/_____

Subject Name: CHARTER OAK TRUST

Date: May 26th, 2011

Subject Address: 100 GRIST MILL ROAD, SINSBURY, CT

Floor/Room No.: 1

Agent(s): SA CHUI / SA Mikulka.

Case No. 25-703H-0002-LCT

| | | | | |
|---|---|---|---|---|
| Safe: _____ | Cabinet: ✓ | Credenza: _____ | Desk: _____ | Drawer: ___ |
| Other: _____ | | Shelf: _____ | Table: _____ | Wall: ___ |

### DESCRIPTION OF ITEMS

Various file folders of individuals from drawer label: CHARTER OAK TRUST
PRE-REVIEW FILES BUSINESS NOT YET TAKEN (BOX 2 OF 2)

_S/A CHUI_

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page        of        pages

(3)



# SEARCH WARRANT INVENTORY

Position / Box: **D4** / _____

Subject Name: **CHARTER OAK TRUST**

Date: **May 26th, 2011**

Subject Address: **100 ~~NEW~~ GRIST MILL ROAD, SIMSBURY, CT**

Floor / Room No.: **1**

Agent (s): **SA CHUI / SA Mikulka.**

Case No. **25-7034-0002-LCJ**

Safe: _____ Cabinet: **✓** Credenza: _____ Desk: _____ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

Individually named folders containing life insurance policy information

———— (Box 1 of 2) ————

*SA CHUI*

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page _____ of _____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

（4）



# SEARCH WARRANT INVENTORY

Position/Box: _DA_ / _____

Subject Name: __CHARTER OAK TRUST__     Date: __May 26th, 2011__

Subject Address: __100 GRIST MILL ROAD, SIMSBURY, CT__     Floor/Room No.: __1__

Agent (s): __SA CHUI / SA Mikulka__     Case No. __25-703H-0002-LC-J__

Safe: _____ Cabinet: _✓_     Credenza: _____     Desk: _____     Drawer: _____

Other: _____     Shelf: _____     Table: _____     Wall: _____

### DESCRIPTION OF ITEMS

Individual file folders containing insurance policy information —————

————— (Box 2 OF 2) —————

SA CHUI

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations




# SEARCH WARRANT INVENTORY

Position/Box: _____

Subject Name: *CHARTER OAK*

Date: 5/24/11

Subject Address: 100 Grist Mill, Simsbury CT

Floor/Room No.: D8a

Agent(s): SA Wodard

Case No. 25-7034-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: ✓ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

Correspondence TO/FROM Nova Group, Grist Mill Trust 2010

Correspondence TO/FROM Kathy Kehoe Re: Nova + Grist Mill

List of CARRIERS + Brokers, Penn Mutual Scorecard

File: Mike Procuccini

File: Hackart CHIROPRACTIC

File: Three STRANDS

File: College Tuitions

File: Gripper Gasket Co.

File: T&T Construction

Client Printouts w/ insurance policy Attachments

File: CASH Values + Illustration on order

File: KC Cross Investors Annuities Partial Surrender

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations




## SEARCH WARRANT INVENTORY

Position/Box: D3 / 1

Subject Name: CHARTER OAK TRUST

Date: May 26th, 2011

Subject Address: 100 GRIST MILL ROAD, SIMSBURY, CT

Floor/Room No.: 1

Agent (s): SA CHUI / SA MikulKA

Case No. 25-703H-0002-LCJ

Safe: _____ Cabinet: ✓ Credenza: _____ Desk: _____ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

Folders and binders containing insurance information for various individuals (Box 1 of 2)

SA CHUI

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page _____ of _____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations





# SEARCH WARRANT INVENTORY

Position/Box.: D3 / 7

Subject Name: CHARTER OAK TRUST                     Date: 5/26/2011

Subject Address: 100 GRIST MILL RD, SIMSBURY, CT     Floor/Room No.: 1

Agent (s): SA CHUI / SA Mikulka ✓                     Case No. 25-703H-7002-LCJ

Safe: _____  Cabinet: ✓  Credenza: _____  Desk: _____  Drawer: ___

Other: _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

Folders containing insurance information for various individuals
——— (Box 2 of 2) ———

4k CHUI.

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page        of        pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations





# SEARCH WARRANT INVENTORY

Position/Box.: J1 /

Subject Name: Charter Oak

Date: 5/26/11

Subject Address: 100 6nst Mill Rd, Simsbury CT

Floor/Room No.: J-1

Agent (s): Timothy M. Curst

Case No. 25-703H-0002-LCJ

Safe: _____  (Cabinet:) _____  Credenza: _____  Desk: _____  Drawer: _____

Other: _____  Shelf: _____  Table: _____  Wall: _____

## DESCRIPTION OF ITEMS

① Ron Lanza email and correspondence.

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page        of        pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

 

# SEARCH WARRANT INVENTORY

Subject Name: CHARTER OAK TRUST

Subject Address: 100 GRIST ROAD, SIMSBURY, CT

Agent (s): SA CHUI / SA Mihalka.

Position/Box: DA / 1

Date: May 26th, 2011

Floor/Room No.: 1

Case No. 25-703H-0042-LC-J

Safe: _____ Cabinet: ✓ Credenza: _____ Desk: _____ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

Folders for individuals from a drawer label: GRIST MILL CAPITAL
containing Life Insurance Policies

SA Chui

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page    of    pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations





## SEARCH WARRANT INVENTORY

Position/Box: J10B 1

Subject Name: Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: J-10-B

Agent (s): Timothy M. Corsi

Case No. _____

Safe: _____  Cabinet: Lower  Credenza: _____  ✓Desk: _____  Drawer: _____

✓Other: Cubicle  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

(1) Box of Bank Records  2006-2009

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page _____ of _____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations





## SEARCH WARRANT INVENTORY

Subject Name: Charter Oak Trust

Date: 5/26/11

Position/Box: D9A 1

Subject Address: 100 Grist Mill Road, Simsbury, CT

Floor/Room No.: D9-a

Agent (s): Nesbitt

Case No. 25-703H-0022-1C

Safe: _____ Cabinet: X _____ Credenza: _____ Desk: _____ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

- Phoenix letter head dated 1/8/10 to Charter Oak Trust (Sol Krevlin)
- Various Charter Oak files
- Summary of Contract Info
- Grist Mill Trust Certificate of Coverage

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages

 

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box.: __G3__ __1__

Subject Name: _Charter Oak Trust_

Date: _May 26, 2011_

Subject Address: _100 Grist Mill Road, Simsbury, CT 06070_

Floor/Room No.: _G3_

Agent (s): _Nesbitt_

Case No. _25-203H-0002-LC-J_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _X_ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

- File Folder Lebled "Charter Oak Trust Plan Doc"

- File Folder marked "Grist Mill"

- ~~File~~ Folder marked Teserra inside contains Grist Mill Trust Welfare Benefit Plan & Trust

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page _1_ of _1_ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

 (12)



# SEARCH WARRANT INVENTORY

Position/Box.: _____ /_____

Subject Name: Charter Oak Trust

Date: May 26, 2011

Subject Address: 100 Grist Mill Road, Simsbury, CT 06070

Floor/Room No.: G4

Agent (s): Nesbitt

Case No. 25-7031-0002-LcJ

| Safe: _____ | Cabinet: 8 | Credenza: _____ | Desk: _____ | Drawer: ____ |
|---|---|---|---|---|
| Other: _____ | | Shelf: _____ | Table: _____ | Wall: ____ |

### DESCRIPTION OF ITEMS

\* Spread Sheet "Charter Oak Trust" dated 8/31/10   4 pages

\* List "Charter Oak Universe" at 11/11/2010"   2 Pages

- Folder Marked Ridgewood Settlement

- Spiral Notebook w/ Nova Paperwork inside of it

- email Printed

-

DISTRIBUTION OF COPIES: White – U.S. Magistrate (Return with Warrant)
Yellow – Inspector (Attach to PS 714)
Pink – Subject Searched
Green – Evidence Custodian

Page 1 of 1 pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box: 65  1

Subject Name: _Charter Oak Trust_  Date: _May 26, 2011_

Subject Address: _100 Grist Mill Road, Simsbury, CT 06070_  Floor/Room No.: _65_

Agent (s): _Nesbitt_  Case No. _25-703H-0022-LC-J_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _0_  Drawer: _____

Other: _____  Shelf: _____  Table: _____  Wall: _____

## DESCRIPTION OF ITEMS

- American National Insurance Company, Penn Mutual, Lincoln, Phoenix Charter Oak insured

- Collateral Transfer Agreement for insured individuals

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -  Subject Searched
Green -  Evidence Custodian

Page 1 of 1 pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations





## SEARCH WARRANT INVENTORY

Position/Box.: K1 / ___

Subject Name: Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: K1

Agent (s): Timothy Corsi - EBSA

Case No. 25-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ___

Other: _____ Shelf: ✓ Table: _____ Wall: ___

### DESCRIPTION OF ITEMS

1. Income Tax Return - Daniel Carpenter 2008 - And TI)
Bank Personal Financial Statements
2. Phoenix V. Charter Oak - Related Materials

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page    of    pages





# SEARCH WARRANT INVENTORY

Position/Box: _K8_ / ___

Subject Name: _Charter Oak_          Date: _5/26/11_

Subject Address: _100 Grist Mill Rd, Simsbury CT_     Floor/Room No.: _K2_

Agent (s): _Jeffrey Ching_          Case No. _25-703H-0002-HCJ_

Safe: _____ Cabinet: _____ Credenza: _✓_  Desk: _____ Drawer: ____

Other: _____ Shelf: _✓_  Table: _____ Wall: ____

### DESCRIPTION OF ITEMS

① Carbon copy of check made out to Wayne Bursey Re: Nova Group Inc

② Manila folder w/ Grist Mill Capital LLC documents - Goiz Fund Inc.

③ Manila folder w/ Grist Mill Capital LLC docs Re: Tobacco Mart Inc.

④ Box on ground in front of Bookcase - Charles Indelli Westport policies for individuals

⑤ Box on ground labeled Charlie Indelli Non-Trust specific Notes + Individual Policy Info

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages

 (13)

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: K5 /

Subject Name: Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: 25-703H-0002 LCJ

Agent (s): Timothy M. Corsi - SBSA

Case No. K-5

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

1. 10/22/10 Banking Records - Many Companies
2. Minuta Grbns w/ Grist Mill Capital Address on Badge of Paramus - 5 Folders
3. Charter Oak Trust Wire transfer info - 1 folder
4. Bank of America acct info for Various LLC including Avon Capital, Grist Mill Capital 1 folder June 2008
5. Nova Group letters, policy roster lists (2) - 1 folder
6. Ridgewood Finance letter + spreadsheets
7. Charter Oak Trust Policy Purchase Info + Charter Oak Trust loan Balance
8. TD Bank Numbers - includes Nova Group
9. Dan Carpenter Bank of America statement 6-18-09 through 7/20/09
10. Dan Carpenter Homeowners policy
11. Bank of America acct info May 2009
12. Avon Capital LLC "Rainbow Plan" program
13. TD Bank Balances as of 10/9/09 includes Nova Group
14. Dan Carpenter life insurance loan payments - 2 envelopes
15. Teresa Martinez Records - Charter Oak Trust
16. Patricia Biermaier Records Charter Oak Trust
17. Dr. Steven Rise Records

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box: K6 1

Subject Name: Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: K-6

Agent (s): Timothy M. Corsi - ERSA

Case No: 25-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: FLOOR NEAR SHELF Shelf: ✓ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

1. TD Bank Statements for Daniel Carpenter

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: _Charter Oak Trust_    Date: _5/26/11_

Subject Address: _100 Grist Mill Rd. Simsbury, CT 06070_    Floor/Room No.: _D 9a_

Agent (s): _Nesbitt_    Case No. _25-703H-0002-LCJ_

Safe: _____    Cabinet: _8_    Credenza: _____    Desk: _____    Drawer: _____

Other: _____    Shelf: _____    Table: _____    Wall: _____

## DESCRIPTION OF ITEMS

- Various Charter Oak Trust Files (insured)

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page _1_ of _1_ pages





# SEARCH WARRANT INVENTORY

Position/Box.: J2 / 1

Subject Name: Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: J2

Agent (s): Jeffrey Chiang

Case No. 25-703H-0002-LCJ

| Safe: | Cabinet: | Credenza: | Desk: | Drawer: |
| Other: | | Shelf: | Table: | Wall: |

## DESCRIPTION OF ITEMS

① Folder - Benefit plan Advisors, LLC from Ron Canza top of desk

② TPG Group Inc. Compensation Summary ended 4/1/10 right hand drawer

③ Benefit plan Advisors LLC Letter re: Marvin Carrin bottom right hand drawer facing desk

④ Ron Canza e-mail to Carpenter re: Marvin Carrin bottom right hand drawer " "

⑤ Phoenix Life Insurance Illustration re: Marvin Carrin prepared by Jarrald Trudeau bottom drawer

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page          of          pages




**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box: J 7  /

Subject Name: ~~_____~~ Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: J 7

Agent (s): Philip Tanner

Case No. 25-703H-0002-LCJ

Safe: _____  Cabinet: _____  Credenza: _____  Desk: J-7  Drawer: _____

Other: _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

Nova Benefit Plans Brochure

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page      of      pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations





# SEARCH WARRANT INVENTORY

Position/Box: JB / 1

Subject Name: Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: J-8

Agent (s): Timothy M. Corsi - EBSA

Case No. 25-703H-0002-LCJ

| Safe: | Cabinet: | Credenza: | Desk: | Drawer: |
|---|---|---|---|---|
| X Other: Cubicle | | Shelf: | Table: | Wall: |

## DESCRIPTION OF ITEMS

(1) Charter Oak Trust 2008 Roster

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
                         Yellow -  Inspector (Attach to PS 714)
                         Pink -    Subject Searched
                         Green -   Evidence Custodian

Page        of        pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box: J-10A /

Subject Name: _Charter Oak_

Date: 5/26/11

Subject Address: _100 Grist Mill Rd, Simsbury CT_

Floor/Room No.: ~~J-10-A~~ J-10-A

Agent (s): _Timothy M. Cusi - EBSA_

Case No. 25-703H-0002-LCJ

Safe: _____  Cabinet: _____✓____  Credenza: _____  Desk: _____  Drawer: _____

Other: _____  Shelf: _Above Cabinet_  Table: _____  Wall: _____

## DESCRIPTION OF ITEMS

① Hurwitz - Policy # Information

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
                        Yellow - Inspector (Attach to PS 714)
                        Pink - Subject Searched
                        Green - Evidence Custodian

Page ____ of ____ pages





**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box.: **J10B/**

Subject Name: **Charter Oak**                  Date: **5/26/11**

Subject Address: **100 Grist Mill Rd, Simsbury CT**   Floor/Room No.: **J-10-B**

Agent (s): **Timothy M. Corsi**                Case No.: **25-703H-0002-LCJ**

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: **Vehicle Desktop**   Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

1. Grist Mill Capital Omissions
2. Avon Capital - Waldman
3. Charter Oak - James Bennett Policy
4. Avon Capital - Wyoming
5. Charter Oak Releases
6. Avon Capital Payroll
7. Wayne Trustee Payments
8. CFG Loan to Avon Capital
9. Charter Oak Fees Ridgewood
10. Avon Capitals Policies
11. AC Payments
12. AC Numbers
13. AC
14. Bank Balances
15. TD Bank Accounts
16. TD Bank Accounts
17. TD Account Closings

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
                         Yellow - Inspector (Attach to PS 714)
                         Pink -   Subject Searched
                         Green -  Evidence Custodian

Page      of      pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box: D9A / ___

Subject Name: Charter Oak Trust

Date: 5/26/11

Subject Address: 100 Grist Mill Rd. Simsbury, CT

Floor/Room No.: D-9(a)

Agent (s): Nesbitt

Case No. 25-7031-0002-L-c-J

Safe: _____  Cabinet: X  Credenza: _____  Desk: _____  Drawer: _____

Other: _____  Shelf: _____  Table: _____  Wall: _____

## DESCRIPTION OF ITEMS

- Various Charter Oak Trust insured Files

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page 1 of 1 pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: **L7** /

Subject Name: Charter Oak

Date: 5-26-11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: L-7

Agent (s): _____

Case No. 25-703H-0000-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: WALL FLOOR Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

| | | | |
|---|---|---|---|
| ① | Caroline Financial Group, Inc. | 1/31/07 | Financial Statements |
| ② | Gristmill Holdings LLC | 2003-2008 | Income Tax Returns |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page        of        pages




**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box: L0 / 1

Subject Name: ~~Xxxxxxxx~~ Charter Oak       Date: 5/26/11

Subject Address: 100 East Mill Rd, Simsbury CT    Floor/Room No.: L0

Agent (s): Philip Tanner       Case No. 25-7031H-0002-LCJ

Safe: _____  Cabinet: _____  Credenza: _____  Desk: L-2  Drawer: _____

Other: _____   Shelf: _____   Table: _____  Wall: _____

### DESCRIPTION OF ITEMS ①

Arbitration Motion
Charter Oak Trust Agreement
Charter Oak Active Employers
Charter Oak spreadsheet 4
Charter Oak Trust Agreement
Tax returns Caroline Financial
Affidavit Jack E Robinson
11/15/2010 letter
Lincoln Financial Group Document
List of affiliated co's
Notes concerning ownership/organization
12/7/10 letter from Herrick
2/12/07 Credit Facility
East Mill Capital Benefit Financing for Marvin Carvin
1/15/07 letter to Charter Oak Trust
5/27/07 letter to Charter Oak Trust
9/28/07 letter to Robert Butterfield
Form 1120 for Caroline Financial
7/18/06 letter to J. Edward Waesche    (Cont'ed)

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate (Return with Warrant)
                         Yellow -  Inspector (Attach to PS 714)
                         Pink -    Subject Searched          Page    of    pages
                         Green -   Evidence Custodian



## SEARCH WARRANT INVENTORY

Position/Box: L2 1

Subject Name: ~~Charter Oak~~ Charter Oak

Date: 5/26

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: L2

Agent(s): Philip Tanner

Case No: 25-703H-0002 LCJ
L-2

Safe: _____ Cabinet: ✓ _____ Credenza: _____ Desk: L-2 Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

Christiana Bank Stmts for Charter Oak
Avon Capital General Ledger
Agreement to Transfer and Settlement of Claims
Avon Capital Cash Disburements Ledger
Gristmill Capital Cash Receipts Journal
Transfers from Gristmill Capital to Avon Capital
4/12/07 letter to Michael Antonello
Life Settlement Contract Documentation
Gristmill Holdings General Ledger
Gristmill Trust Mtgtng Documents
Caroline Financial Group Financials
Avon Capital Cash Disb Ledger

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page of pages




**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations

# SEARCH WARRANT INVENTORY

Position/Box.: L6 1

Subject Name: ~~Monaster~~ Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: L6

Agent (s): Philip Tanner

Case No.: 25-7034-0002-LC

Safe: _____ Cabinet: _____ Credenza: _____ Desk: L-6 Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

Charter Oak spreadsheet
Charter Oak letter
Lincoln Nat'l statement
Phoenix statement

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



(19)

## SEARCH WARRANT INVENTORY

Position/Box: L3 / 1

Subject Name: ~~Donovan~~ Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: L3

Agent (s): Philip Tanner

Case No. 05-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: L-3 Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

Lincoln 419(e) acknowledgement

Phoenix Certification of Trust Agreement

Description of Benefit Funding for Charter Oak Trust

Motion to Dismiss complaint Against Charter Oak Trust

Nova's objections to University's Adverse Inferences

Charter Oak Declaration of Trust

Pro Forma estimate Marvin Carrin

Avon Capital Financials

Grist mill Capital Financials

Grist mill Trust Funding Agreement

Complaint: Nova Group v Lincoln Nat'l

Univ v. Nova notes

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page _____ of _____ pages





**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

('19)

# SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: _____  Date: _____

Subject Address: _____  Floor/Room No.: **L4**

Agent (s): Jeffrey Ching  Case No. _____

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: _____  Shelf: ✓ Window Whsill  Table: _____  Wall: _____

## DESCRIPTION OF ITEMS

1. Letter from Capital Financial, LLC Re: Charter Oak Trust Firm Docs
2. Spreadsheet re: Schedule to line of Credit Avon Capital + Grist Mill Capital
3. Ridgewood Finance letter Re: Grist Mill Capital loan
4. Bank of America acct info on spreadsheet Oct 2008
5. Bank of America acct info (balances) on spreadsheet March 2009
6. Grist Mill Capital accounting statements 2009, Grist Mill Capital policies + Avon Capital policy, Josh Spencer life insurance policy, Marvin Grissing info
7. Charter Oak Trust 2009 Income tax return
8. Grist Mill Capital 2009 Income tax return
9. Grist Mill Holdings 2009 Income tax return
10. Penn Mutual letter to Bursey re Lynne Tiver policy
11. Grist Mill Capital 419 Status sheet (spreadsheet
12. 35mm Premium Funding Facility (from the chair)
13. Documents concerning Marvin Carrin (from chair)

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page _____ of _____ pages




**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations

# SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: _Charter Oak_  Date: _5/26/11_

Subject Address: _100 Grist Mill_  Floor/Room No.: _R_

Agent (s): _Cheri Garcia_  Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: ____

### DESCRIPTION OF ITEMS

R2 - Desk, bottom Right drawer
  Green folder Carpenter Form 1040
  "        Extension File

R3 - Credenza
  Green Folder COT
  Red Folder Nova Group Form 1120, Caroline
  "        Avon Cap + Grist Mill Cptr   Fin cal 120
  Carpenter 2007 Taxes Blue folder
  Nova Grp 2008   "
  Caroline Fin 2007
  Avon Capital 2009
  White Binder 2010 Avon Payroll

R4 - Shelf behind desk
  Green Folder Grist Mill Trust

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages

(21)



# SEARCH WARRANT INVENTORY

Position/Box: N3 / 1

Subject Name: _Charter Oak_    Date: 5-26-11

Subject Address: 100 East Mill Rd, Simsbury CT    Floor/Room No.: N-3

Agent(s): 718    Case No. 25-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: DESK    Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

| | |
|---|---|
| (36) | Email from Castagno to Carpenter - Charter Oak Trust Fund - filed 1/10/07 |
| (37) | Ltr to S. Robinson from Ivan Schinderman 7/8/07 (Charter Oak) |
| (38) | Email from Veronica Quang to P Carpenter |
| (39) | Memorandum to Wayne Bursey - Trustee for the Grist mill Trust |
| (40) | Life Equity Spreadsheet |
| (41) | Ltr from Penn mutual Life to Donald Trudeau (Smith Realty Trust) |
| (42) | BOA online printout 2/7/08 |
| (43) | BOA list of Acct names |
| (44) | Description of Benefit funding for Charter Oak Trust |
| (45) | Ltr to Peter Altieri dated 11/24/10 (Nova Group) |
| (46) | Webster Bank Acct Envelope deposit Tickets for fund Transfers |
| (47) | Affidavit J.E. Robinson 11/30/10 (Nova Group) |
| (48) | Webster Bk Acct |
| (49) | Chase online printouts 10/1/10 |
| (50) | Banking folder 10/6/10 |
| (51) | Folder Martinez |
| (52) | Folder Biermeier |
| (53) | Mutual Release & Settlement Agmnt (Avon Capital) |
| (54) | Ltr to Bursey from TD Bank 11/24/10 (Charter Oak) |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page    of    pages



# U.S. Department of Labor
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



(21)

## SEARCH WARRANT INVENTORY

Position/Box.: **N3 /**

Subject Name: **Charter Oak**

Date: **5-26-11**

Subject Address: **100 Grist Mill Rd, Simsbury CT**

Floor/Room No.: **N-3**

Agent (s): **EAF**

Case No. **25-703H-002-LCJ**

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: **DESK** Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

| | | |
|---|---|---|
| (55) | Agrmnt between Ridgewood & Grist mill | 3/17/11 |
| (56) | E Trade Printout | 3/20/11 |
| (57) | JP Morgan Printout | 6/8/10 |
| (58) | TD Banknorthe printout | 6/8/10 |
| (59) | List of debts | |
| (60) | Traceview Balance Sheet (CMG) | |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: **N3** /

Subject Name: **a Charter Oak**

Subject Address: **100 Gnst Mill Rd, Simsbury CT**

Agent (s): **UJ**

Date: **5-26-11**

Floor/Room No.: **N/3**

Case No: **25-703H-0002-LCJ**

| Safe: | Cabinet: | Credenza: | Desk: | Drawer: |
|---|---|---|---|---|
| Other: **Desk** | | Shelf: | Table: | Wall: |

### DESCRIPTION OF ITEMS

(17) TD Bank online printout dated 7/14/10

(18) LTR TO be emailed to Karen Fontaine DATED 7/19/10 Nova Group

(19) WEBSTER WEB-LINK 10/20/10

(20) Daniel & Holly Carpenter 2009 TAX RETURN (1040)

(21) Charter Oak TRUST Declaration of Trust

(22) WEBSTER-LINK online 11/4/10

(23) LTR TO PETER Ahieri DATED 11/4/10 (Nova Group)

(24) " " 11/5/10 "

(25) LTR TO Paul Colbath DATED 11/4/10 " "

(26) " " 11/5/10 " "

(27) 26 (f) record of parties planning meeting (Charter OAK TRUST)

(28) Respondent's initial Witness List DATED 11/8/10

(29) Webster Bank WEB LINK printout 11/15/10

(30) LTR TO WAYNE Bursey DATED 11/12/10 (Charter OAK)

(31) Webster link 11/10/10

(32) memo of Law in support of Defendant's motion to Strike 11/15/10 (Charter Oak)

(33) FOLDER description of Benefit funding for Charter OAK TRUST

(34) FOLDER Charter OAK TRUST DECLARATION of Trust

(35) EMAIL from Symonds to Robinson - Charter OAK DECLARATION of TRUST

DISTRIBUTION OF COPIES: White -  U.S. Magistrate (Return with Warrant)
                        Yellow -  Inspector (Attach to PS 714)
                        Pink -    Subject Searched
                        Green -   Evidence Custodian

Page     of     pages




# SEARCH WARRANT INVENTORY

Position/Box: __N3__ / ____

Subject Name: _Charter Oak_     Date: _5-26-11_

Subject Address: _00 Gnst Mill Rd, Simsbury CT_     Floor/Room No.: _N-3_

Agent (s): _EJB_     Case No: _35-703H-0002-LCJ_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: _Found on Desk_    Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

| | |
|---|---|
| ① | TD BANK online Banking 2 TRANSFERS Both dted 5/25/10 |
| ② | FED EX From Sean O'Donovan to Jack Robinson Demand Notie for Edgar Kellem (Charter Oak Trust) |
| ③ | Email Don Trudeau 1/11/10 SDM Final Accounting |
| ④ | TD BANK printout 5/25/10 |
| ⑤ | " " 5/20/10 Different pending Transactions |
| ⑥ | PHL Variable Insurance vs. Charter OAK Trust 8/12/10 |
| ⑦ | Folder Banking 8/13/10 |
| ⑧ | PHL VARIABLE Insurance vs. Charter OAK Trust 8/11/11 |
| ⑨ | Exhibit A - List of All Policies |
| ⑩ | Chase online printout in Folder 10/7/10 |
| ⑪ | Bank folder dated 10/15/10 |
| ⑫ | Lincoln Life for Bruce MACTAS |
| ⑬ | WEBSTER WEB-LINK printout 10/12/10 |
| ⑭ | Avon Capital Portfolio |
| ⑮ | People's United Bank printout DATED 7/12/10 |
| ⑯ | 6/30/10 FOLDER LABELED NUMBERS |

_EJB_

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page   of   pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations





# SEARCH WARRANT INVENTORY

Position/Box.: __N__ / __1__

Subject Name: _Charter Oak_

Date: _5/26/11_

Subject Address: _100 Grist Mill Rd_

Floor/Room No.: _N_

Agent (s): _PJJ_

Case No.: _25-703H-0002-LCJ_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ___

Other: _Found in U.S.P.S. on floor (doesn't say (door flat mail that) Trust)_ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

① MANILLA Folder LABELED Charter OAK

② Charter Box TRUST Package

③ Disclosure, Acknowledgement & Certification Agreement Charter OAK

④ Appoint' Agreement Ridgewood Finance 12/10/06

⑤ MANILLA FOLDER STOEL Alert

⑥ Stoel Grist mill Capital Analysis

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages





# U.S. Department of Labor
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box.: **N** **1**

Subject Name: Charter Oak

Date: 5-26-11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: **N**

Agent(s): VJD

Case No. 86-703H-0002-4(J)

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: Duffle Bag on Floor

Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

(1) BANK of America Statement 3-19-09 to 4-19-09 Excel Computer

(2) Sheet List Acct # Description & Balance

(3) J.P. Morgan Online Printout DATED 5/5/11

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages




U.S. Department of Labor
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: N /

Subject Name: Charter Oak

Date: 5-26-11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: N

Agent (s): [illegible]

Case No. 25-7034-0002-LCJ

Safe: Cabinet: Credenza: Desk: Drawer:

Other: Found on Black Chair Shelf: Table: Wall:

DESCRIPTION OF ITEMS

(1) Christiana Management Services Sheet w/ Bio. of Carpenter
(2) MANILLA folder w/ names, Slides, Coverage, & ESTIMATED RATING
(3) Life Settlement Agreement for MARVIN CARRIN
(4) LTR from Simione MARCA & LARROW CPA TO Carpenter - RE GRIST MILL Capital
(8) Chase Statement for 1099 - INT Gristmill

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page of pages




**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box.: N   1

Subject Name: Charter Oak                      Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT      Floor/Room No.: N

Agent (s): OSI                               Case No: 25-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: In U.S.P.S. Flat mail tray      Shelf: _____ Table: _____ Wall: _____
on floor

### DESCRIPTION OF ITEMS

① ART Group folder project Grismill Capital manilla folder

② Consulting Agreement 7/10/06 Grist mill Trust

③ Global Sport Underwriters manilla folder Bank records

④ manilla folder Companies Tax ID #

⑤ Grist mill Capital LLC - Benefit financing for Mr. Martin Collins (manilla folder)

⑥ manilla Trust for Jack E. Robinson

⑦ manilla folder Simsbury Bank

⑧ manilla folder Simple Robinson

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page    of    pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



(22)

# SEARCH WARRANT INVENTORY

Subject Name: Charter Oak
Subject Address: 100 First Mill Rd, Simsbury CT
Agent (s): Thompson, Keith

Position/Box.: N5 /
Date: 5/26/11
Floor/Room No.: N5
Case No.

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ___
Other: Floor N5 _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

1. Account Names and Balances for Avon Capital and other entities
2. Settlement letter to court re: Penn Mutual v Trustee of Charter Oak Trust
3. Email stating Penn Mutual account premium balances
4. Charter Oak Trust Insurance Policy Summary
5. Email from Don Trudeau to Dan mentioning Ridgewood
6. Bank of America Funds Transfer
7. IRS Request for Tax Return for Caroline Financial Group
8. Operating Agreement for First Mill Capital

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page   of   pages

 22



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position / Box.: __N1__ / ____

Subject Name: _Charter Oak_

Date: _5/26/11_

Subject Address: _100 Grist Mill Rd, Simsbury CT_

Floor / Room No.: _N1_

Agent (s): _Thompson, Keith_

Case No. _25-703H-0002-16J_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: _____ Shelf: _N1_ Table: _____ Wall: _____

| DESCRIPTION OF ITEMS |
|---|
| Master List of company names |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page      of      pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations




# SEARCH WARRANT INVENTORY

Position/Box.: N3 /

Subject Name: Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: N3

Agent (s): Thompson, Keith

Case No.: 25-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: N3 Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

① Bank Account Statements and Balances

② Universitas Edu. v Nova Group, Inc etc letter to Arbitrator

③ Account Summary for Caroline Financial Group, Ltd

④ Dispute Resolution for Universitas Edu. v Nova Group, Inc

⑤ CD's labeled Universitas Edu V. Nova Group, Inc

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages


(23)



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box.: __P2 / 1__

Subject Name: _Charter Oak_

Date: _5-26-11_

Subject Address: _100 Grist Mill Rd, Simsbury, CT_

Floor/Room No.: _P-2_

Agent (s): _(VB)_

Case No. _25-703H-0002-LC-J_

Safe: _____  (Cabinet): _____  Credenza: _____  Desk: _____  Drawer: _____

Other: _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

| | |
|---|---|
| ① | Wire Basket Swp TPB |
| ② | Green folder w/ TPG Group 2010 |
| ③ | Nova Group Wireless 2010 |
| ④ | Caroline Financial Group peoples 2010 |
| ⑤ | "       "   Webster 2010 |
| ⑥ | CFG Payroll Webster 2010 |
| ⑦ | CFG Roth 401 K Webster 2010 |
| ⑧ | CFG Roth 401 K 2010 TD |
| ⑨ | CFG WBT Webster 2010 |
| ⑩ | TPG Inc Peopler 2011 |
| ⑪ | TPG Commissions People's 2011 |
| ⑫ | Grist Mill Capital folder |
| ⑬ | Grist mill Holdings TD 2010 |
| ⑭ | Grist mill Holdings |
| ⑮ | Grist mill Holding Wires 2010 |
| ⑯ | Grist mill Capital Wires 2010 |
| ⑰ | Grist Mill Capital DT Webster 2010 |
| ⑱ | Grist Mill Capital TD 2010 |
| ⑲ | Avon Capital LLC TD 2010 |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: _P2_ / _____

Subject Name: _Charter Oak_

Date: _5.26-11_

Subject Address: _100 Grist Mill Rd, Simsbury, CT_

Floor/Room No.: _P-2_

Agent(s): _____

Case No. _25-703H-0002-LC-5_

Safe: _____  (Cabinet)  Credenza: _____  Desk: _____  Drawer: _____

Other: _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

| | |
|---|---|
| (2a) | Avon Capital LLC peoples 2010 |
| (21) | Avon Capital wires 2010 |
| (22) | Avon Capital LLC payroll peoples 2010 |
| (23) | Grist Mill Capital peoples 2011 |
| (24) | Caroline Financial Group |
| (25) | Avon Capital Payroll peoples 2011 |
| (2) | Avon CBT JP Morgan |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: D8C / 1

Subject Name: CHARTER OAK

Date: 5/26/11

Subject Address: 100 Grist Mill, Simsbury CT

Floor/Room No.: D8C

Agent (s): SA Woolard

Case No. 25-7034-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: Floor next to Wall _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

Folders = Spiros Pappas Kincaids; Hackbart Chiropractic;
Jo Pollack; RES-Q Healthcare; ACS properties; Property Assessment
Review; First Call Medical; Avalon Holdings; CCJ Inc.;
Qualified Construction; David Hoffman Halthquest; Kathleen Bunnell;
The Drug Store; BINDER Grist Mill Trust; BINDER Charter Oak Trust

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page      of      pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: CHARTER OAK            Date: 5/26/11

Subject Address: 100 GRIST MILL Simsbury CT     Floor/Room No.: D8C

Agent(s): SA Woolard            Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: _____            Shelf: _____   Table: _____   Wall: _____

## DESCRIPTION OF ITEMS

Correspondence To/From GRISTMILL TRUST w/ copies of checks;
PAYMENT SHEET 2011; GRISTMILL TRUST certificate of coverage;
TRUST DOCUMENTS; INTERNAL Documents on clients; BINDER AUDITS;
FILES: Robert Torgrimson; Paul Rosasco; Sample Releases;
Arthur Baldwin; Nghia Trong Nguyen; Advanced Flow Engineering;
Paul Rusasco; Allen Tucker; CERTS 2008; Bank of America Wiring
Instructions; Dan Carpenter; Summary Fortress Meeting - Avon Capital;
Howard Sergeant Emails; Pomma Wayne Mtg. Notes; 2010 Split Dollar
Invoicing; John Stanford; NoVA Enrollment; Repet Policies;
Grace Period;

S.W.

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: X /

Subject Name: Charter Oak

Date: 5-26-11

Subject Address: 100 Grist Mill Rd, Simsbury, CT

Floor/Room No.: X

Agent(s): _____

Case No. 25-703H-0002-LO-J

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: on Floor _____ Shelf: _____ Table: _____ Wall: ____

### DESCRIPTION OF ITEMS

① Box Labeled Sold Case - V. Mg Case (Charter Oak)

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page    of    pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: _Charter Oak Trust_

Date: _5/26/11_

Subject Address: _100 Grist Mill Road, Simsbury, CT_

Floor/Room No.: _D 9_

Agent (s): _Nesbitt_

Case No. _25-703H-0002-LCJ_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _Floor_ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

- Charter Oak Trust Files (insured) *2 Boxes*

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page _1_ of _1_ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box: D9 / _____

Subject Name: Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury CT

Floor/Room No.: D9

Agent (s): Nesbitt

Case No.: 20-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: Floor _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

— Charter Oak Trust Files (insured) *8 boxes*

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page     of     pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: Benistar

Subject Address: 100 Grist Mill Rd, Simsbury, CT

Agent (s): Philip Tanner

Date: 5/26/11

Case # 25-703H-0002-LC-J

Floor/Room No.: _____

Case No: Floor 1 D-14

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

Welcome to Charter Oak Trust Binder

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page      of      pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations





# SEARCH WARRANT INVENTORY

Subject Name: Benister

Subject Address: 100 Grist Mill Rd, Simsbury, CT

Agent (s): Philip Tanner

Position/Box: / 1

Date: 1/26/11

Case 25-703H-0002-LC-5

Floor/Room No. 

Floor/RM case No. 10-11

| Safe: | Cabinet: | Credenza: | Desk: | Drawer: |
| Other: | | Shelf: | Table: | Wall: |

### DESCRIPTION OF ITEMS

Charter Oak for 2011 Binder

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page       of       pages





## SEARCH WARRANT INVENTORY

Subject Name: Binister

Position/Box: _____ / ____

Date: 5-26-11

Subject Address: 100 Grist Mill Rd, Simsbury, CT

Floor/Room No.: _____

Agent (s): Philip Tanner

Case No. 25-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: D-10 Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

Binder w̄ Charter Oak material

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages



## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Charter Oak

Date: 5-26-11

Subject Address: 100 Grist Mill Rd, Simsbury, Ct

Floor/Room No.: 04

Agent (s): Denika Martin

Case No.: 25-7034-0002-LC-J

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: Shelf along wall   Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

~~Mont art~~ email regarding Guy Neumann

Nova Benefit plans LLC Advertising Materials

Grist mill Trust Advertising Materials

Bridge Finance Agreement

Wire Transfer ; Peoples United + TD Bank

Nova Plan Documents

Grist Mill Trust Opinion

Folder w/ records labeled "Marvin Carrin Underwriting"

Folder w/ records labeled "Marvin Carrin & Med Recds" 2007

Grist Mill Trust

CRT, LLC Chart, Business Org

Charter Oak Trust Confidential Info Package

Claimants reply to Respondt Post Hrg Brief - Bursey vs. Smith vs. Bursey

Grist Mill Capital Analysis + Expense. Stmt

Ridgewood Finance Commitment Letter

Bank of America Account sheet

Arbitration Bursey vs. Smith 12/7/09

Siebert/Vassar letters

Grist Mill Trust vs Smith Arbitration, Bursey v Smith Arbitration Counter-Claims

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: **Charter Oak**

Date: **5-26-11**

Subject Address: **100 Grist Mill Rd, Simsbury, CT**

Floor/Room No.: **05**

Agent (s): **Danika Martin**

Case No.: **25-703H-0002-LCJ**

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: _____ Shelf: _____ Table: **Center of room** Wall: _____

## DESCRIPTION OF ITEMS

Charter Oak Trust records in DOL envelope

Grist Mill records in DOL envelope

Avon Capital records in DOL envelope

Health records of Steven Rose in DOL envelope

D Carpenter v US Benefits email

Billing Worksheet 1/1/09 - 4/30/09

Spreadsheet of policy holders

7/24/09 letter & 2/15/11 letter 4/8/10 letter

Folder labeled 'Our Argument Universitas' containing

Grist Mill & Charter Oak Trust docs.

Letter from Cyrus Mehri attached to Grist Mill Trust Doc

List of all policies

Caroline Ltd. account records

TPG Group Commissions

Ridgewood Release & Settlement Agreement

List of Company names

6/7/10 & 4/9/11 ~~the~~ Court filings

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages



(31)



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations

# SEARCH WARRANT INVENTORY

Position/Box.: D10    /

Subject Name: _Charter Oak_

Date: 5/26/11

Subject Address: _100 Grist Mill_

Floor/Room No.: D10

Agent (s): _Cheri Coarctg_

Case No.: 25-703H-0002-LC-5

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

Manila Folder COT Grace Notices

White 3-ring binder COT - Active

White papers in clip COT - Active

Folder "Amsterdam I"

White papers in clip COT - ALL

Manila Folder - COT Pending

Several COT Folders + Papers

DISTRIBUTION OF COPIES:  White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page 1 of 1 pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position / Box.: __D12__ / ____

Subject Name: CHARTER OAK TRUST

Date: 5/26/2011

Subject Address: 100 GRIST MILL ROAD, SIMSBURY, CT

Case: ~~Floor / Room No.~~: 25-703H-0062-LC3

Agent (s): SA CHUI / SA MIKULKA.

Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: ✓ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: ____

## DESCRIPTION OF ITEMS

Correspondence file with PENN LIFE Listing policies, etc.

SA CHUI

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page 1 of 1 pages





# SEARCH WARRANT INVENTORY

Position / Box.: **D5** / ____

Subject Name: Charter Oak Trust

Date: May 26, 2011

Subject Address: 100 Grist Mill Road, Simsbury, CT

Floor / Room No.: **D5**

Agent (s): Nesbitt

Case No. 25-7034-0002-LC-J

| Safe: | Cabinet: | Credenza: | Desk: | Drawer: |
|---|---|---|---|---|
| Other: Hanging File | Shelf: | | Table: | Wall: |

## DESCRIPTION OF ITEMS

- Doc Recd. from slot marked "Charter OAK / Alt"
- e-mail that references FC 97521947 Thomas Knowels, William Dudley,
- Alton Patton (email btw Christine Weimar and Deborah Lutes)
- email from Dan Trudeau
- Nova Benifits re: Charter Oak Trust "Philip Beekman"

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page 1 of 1 pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _E___ _/___

Subject Name: _Charter Oak_

Date: _May 26, 2011_

Subject Address: _100 Grist Mill Rd. Simsbury, CT 06070_

Floor/Room No.: _E_

Agent (s): _Nesbitt_

Case No. _25-703H-0002-LO_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _✓_ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

Folder marked 2011 Containing Statement of Commissions for Donald Trudeau

Folder marked "Daryl Comp" inside the Folder are Elite Brokerage Service Don Trudeau's ...

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page _1_ of _1_ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations





# SEARCH WARRANT INVENTORY

Position/Box.: __AM / __

Subject Name: __CHARTER OAK__     Date: __5/26/11__

Subject Address: __100 GRIST Mill Rd Simsbury CT__   Floor/Room No.: __AM__

Agent (s): __SA Shannon, Woolard__   Case No. __25-703H-0007-LCJ__

Safe: _____  Cabinet: __✓__  Credenza: _____  Desk: _____  Drawer: _____

Other: _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

1 Folder "Benefit Plan Advisors, LLC" w/ PowerPoint Slides About
The GristMill Trust + NoVA w/ Guy Neumann business CARD

DISTRIBUTION OF COPIES: White -  U.S. Magistrate (Return with Warrant)
Yellow -  Inspector (Attach to PS 714)
Pink -  Subject Searched
Green -  Evidence Custodian

Page ____ of ____ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position / Box.: _F_ / ____

Subject Name: **Charter Oak**    Date: **5-26-11**

Subject Address: **100 Grist Mill Rd, Simsbury, CT**    Floor / Room No.: **F**

Agent (s): _____    Case No.: **25-703H-0002-LCJ**

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: **FLOOR & DESK**    Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

FLOOR (1) TPG Group Inc Cash Disbursement Journal

(2) Charter Oak file

DESK (3) W19 / TRUST TO DO/DONE Folder   Avon Capital Charter Oak

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages



(32)



# SEARCH WARRANT INVENTORY

Position / Box.: _AI 2_ _1_

Subject Name: _Charter Oak_

Date: _5/26/11_

Subject Address: _100 Grist Mill Road_ _Simsbury, CT_

Floor / Room No.: _AI-2_

Agent (s): _____

Case No. _25-703H-0002-LCT_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: ____

Other: _____  Shelf: X  Table: _____  Wall: _____

## DESCRIPTION OF ITEMS

- NOVA benefit plans / Benefit plan advisors folder
- NOVA envelope
- Grist Mill trust envelope
- Grist Mill letterhead
- Grist Mill benefit plan summary document
- Nova benefit plan documents marketing materials

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages



(32)

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: _A_ / _1_

Subject Name: _Charter Oak_

Date: _May 26, 2011_

Subject Address: _190 Grist Mill Road, Simsbury, CT 06020_

Floor/Room No.: _A_

Agent(s): _Nesbitt_

Case No. _25 - 703H - 0022 - LCJ_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _A1_ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

- Seating Chart, Phone Number list, J.P Morgan Bank account info, Grist Mill
 Trust Chase Banking info (on-line Statements)
- Nova Fax
- Wayne Bursey Chase Bank account info
- Xerox list

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page _1_ of _1_ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position / Box.: *AO 1*

Subject Name: *Charter Oak*

Date: *5-26-11*

Subject Address: *100 Gr St Mill Rd, Simsbury CT*

Floor / Room No.: *AO-1*

Agent (s): *SA Woolard*

Case No. *25-7030-0002-LC-F*

Safe: _____ Cabinet: _____ Credenza: _____ Desk: ✓ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

*HANDWRITTEN NOTE DATED 8-28-2007*

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page       of       pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
    and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box: _____ / _____

Subject Name: _Charter Oak_

Date: _5/26/11_

Subject Address: _100 Grist Mill, Simsbury CT_

Floor/Room No.: _AQ-3_

Agent (s): _SA Woolard + SA Sterlaci_

Case No. _25-703H-0002-LCJ_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

1 Folder "Charter Oak Trust, Burhanon, Altonell"

1 Bound Folder about 419 Plans

STACK OF FAXES FROM Joe Castagno, Benefit Plan Advisors LLC

1 Bound Folder "A professionals Guide to 419 Plans" by D. Carpenter"

Nova Benefit Plans — Re Welfare Benefit Plan for David Coffman    11/0/08

STACK of Broker Follow-up + carrier call sheets 2008/2009

Notes Attached to Charter Oak Quarterly Premiums

SPW

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page      of      pages



**(34)**

# U.S. Department of Labor
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: **P** / _____

Subject Name: _Charter Oak_

Date: _5-26-11_

Subject Address: _100 Grist Mill Rd Simsbury CT_

Floor/Room No.: _P-4_

Agent(s): _____

Case No. _25-703H-0002-LCJ_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: _DESK_ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

| | |
|---|---|
| ① | D. & M. Carpenter 2010 Income Tax Return |
| ② | TD Wires |
| ③ | D. & M Carpenter 2008 Income Tax Return |
| ④ | " " 2007 " " |
| ⑤ | CoT 2008 PNC |
| ⑥ | CoT 2007 PNC |
| ⑦ | CoT 2009 PNC |
| ⑧ | CoT Spread sheet |
| ⑨ | Avon Capital Spreadsheet |
| ⑩ | # 19 Policies Avon Capital |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page _____ of _____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations





# SEARCH WARRANT INVENTORY

Position/Box: **P** / ___

Subject Name: *Charter Oak*

Date: 5/26/11

Subject Address: 100 East Mill Rd, Simsbury CT

Floor/Room No.: P1

Agent (s): ___

Case No. 25-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: P1 & Bookcase  Shelf: _____  Table: _____  Wall: _____

## DESCRIPTION OF ITEMS

P1

① Nova Group Inc 2006 Tax Return

② Nova Group Inc 2009 Tax Return

③ D. Carpenter 2006 AT-1040

Book Case ④ List of Company names & EIN #'s

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page    of    pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations





# SEARCH WARRANT INVENTORY

Position/Box: _AH 1_

Subject Name: _Charter Oak_

Date: _5/26/11_

Subject Address: _100 Grist Mill_

Floor/Room No.: _AH_

Agent (s): _Cheri Garay_

Case No: _25-7034-0002-LCTS_

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

## DESCRIPTION OF ITEMS

_AH-4 Lateral File - White Binder COT 2010_

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages





## SEARCH WARRANT INVENTORY

Position/Box.: _J_ _/_

Subject Name: _Charter OAK_

Date: _5/26/11_

Subject Address: _100 GRIST Mill Simsbury CT_

Floor/Room No.: _J-9_

Agent (s): _Timothy M. Corsi - EBSA_

Case No. _25-70BH-0002-LCJ_

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

(Other): _Cubicle_ _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

1. TPG Group Transactions.
2. Charter Oak Trust 2007
3. COT 2010
4. Avon Capital
5. Grist Mill Capital
6. Grist Mill Holdings
7. TPG Group Cash Receipts Journal FY 2008-Present.

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ____ of ____ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
  and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box: 105 /

Subject Name: CHARTER OAK TRUST

Date: May 26th, 2011

Subject Address: 100 GRIST MILL ROAD SIMSBURY, CT

Floor/Room No.: 1

Agent (s): Thompson, Keith

Case No. 25-7034-0002-LCT

| Safe: | Cabinet: | Credenza: | Desk: | Drawer: |
|---|---|---|---|---|
| Other: | | Shelf: | Table: 05 | Wall: |

### DESCRIPTION OF ITEMS

① Pleadings and dates for suits ~~involved~~ involving C.O.T.

② Universitas Edu v Nova filing

③ Avon Capital available balance

④ Account balances for Avon Capital etc.

⑤ Email for certification of a policy that Avon Capital or Grist Mill Capital should have paid.

⑥ Avon Capital, LLC recovables

⑦ Fund Transfer request from Avon Capital, LLC

⑧ Ridgewood Finance, Inc. pr invoice for premium payment

⑨ Avon Capital, LLC Payables and Fund transfers

⑩ Lincoln Financial invoice for premium payment to C.O.T.

⑪ Grist Mill Capital checking statement

⑫ C.O.T. Insurance Policy Summary

⑬ Insurance Policy List

⑭ E-Mail re: charter oak trust

⑮ Ridgewood Finance, Inc 'Commitment to Fund' Letter

⑯ TD Bank Account Balances

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
  Yellow - Inspector (Attach to PS 714)
  Pink - Subject Searched
  Green - Evidence Custodian

Page 1 of 1 pages




**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box.: O-2 /

Subject Name: Charter Oak

Date: 5/26/11

Subject Address: 100 Grist Mill Rd, Simsbury, CT

Floor/Room No.: O-2

Agent (s): K. Shanahan

Case No. 25-703H-0002-LCJ

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

Charter Oak Trust Ins. Policy Summary

Nova Group, Inc. Plan Sponsored Declaration of Trust 2006 —
Company Tax Extension list    ( Avon Insurance Group    )

Grist Mill Holdings, LLC offer to purchase
   Mill Pond Road property  1/29/07

Charter Oak Trust Client Package Emails
   From Waesche to Carpenter 3/12/07

Ridgewood Finance Inc. Amended & Restated Line of Credit
   & Security Agreement 3/12/07 (unsigned)

Forfeitures Through Buyout Report 1/15/09

K.M.

DISTRIBUTION OF COPIES:  White -  U.S. Magistrate  (Return with Warrant)
   Yellow -  Inspector (Attach to PS 714)
   Pink -  Subject Searched
   Green -  Evidence Custodian

Page 1 of 1 pages




## U.S. Department of Labor
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

# SEARCH WARRANT INVENTORY

Position/Box.: __03 1__

Subject Name: __Charter Oak__          Date: __5/26/11__

Subject Address: __100 GRIST MILL RD, SIMSBURY, CT__     Floor/Room No.: __03__ __#1__

Agent (s): __K. Shanahan__       Case No. __25-7034-0002-LCJ__

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

| |
|---|
| Bank of America 1/16/08 folder with Acct #s |
| Report of Policies held by AVON (S. Hurwitz # JP 5582385) |
| Email to Carpenter w/cc Castagno   2/3/09 |
| Avon Capital, LLC Accounting Reports -2007 |
| S. Spencer Policy File with Lincoln # JJ305475 & JJ320809 |
| Ridgewood File with Line of Credit & Security Agreement |
| Email From Robinson w/ Attachment RE Line of Credit |
| Carpenter Memo RE: Joe Broker 1/14/08 (11/5/06) |
| Newman Email Re: Church of Christ Legacy Trust 6/4/07 |
| Email from Carpenter to Bursey 1/15/07 ~~Real Autos~~ |
| Email From Robinson to Carpenter   5/5/10 |
| Folder: "Dan's Checks" with Bank of America Accts 9/2/09 |
| "BOA 9/21/09" with Schneider Email 9/21/09 |
| "Banking Sept. 19, 2009" |
| "Dec BOA" Statements for Carpenter 9/17/09 |
| Correspondence from 5/21/09 US Trust to Carpenter |
| Penn Premiums Paid Report 2008-~~2010~~ |
| Files "Martinez C.O.T. Docs" and "Biermaier COT Docs" |
| Email From Carpenter ~~to~~ 1/8/07 |

DISTRIBUTION OF COPIES:  White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page __1__ of __2__ pages


**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position / Box.: _____ 1 ____

Subject Name: Charter Oak

Date: 3/26/11

Subject Address: 100 GRIST MILL RD., Simsbury, CT

Floor / Room No.: 0 3  (#2)

Agent (s): K. Shanahan

Case No. 25-703H-0002-LCJ

| Safe: | Cabinet: | Credenza: | Desk: | Drawer: |
|-------|----------|-----------|-------|---------|
| Other: | | Shelf: | Table: | Wall: |

## DESCRIPTION OF ITEMS

Correspondence from G.Mill Capital, LLC to Prospective
Charter Oak Trust Plan Brad Insurance needs analysis /Client
Folder "Deloitte Guy" with Email from Newman 10/4/00
Folder "Charlie Intuddi" with TPG Group Cash Disbursements
2007 report

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page 2 of 2 pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Position/Box.: ___J___ / _____

Subject Name: _Charter Oak_

Date: _5|26|11_

Subject Address: _100 Grist Mill, Simsbury CT_

Floor/Room No.: _J-9_

Agent (s): _SA SHANNON WOOLARD_
_Tim Corsi_

Case No. _____

Safe: _____  Cabinet: _____  Credenza: _✓_  Desk: _____  Drawer: _____

Other: _____  Shelf: _✓_  Table: _____  Wall: _____

## DESCRIPTION OF ITEMS

3 Binders: TPG Group FY'08+'09
CASH Receipts Journal 2010

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: J / 1

Subject Name: Charter Oak          Date: 5/26/11

Subject Address: 100 Grist Mill, Simsbury CT     Floor/Room No.: J-9

Agent (s): SA Shannon Woodard/Tim Cosi     Case No. _____

Safe: _____  Cabinet: _____  Credenza: / _____  Desk: _____  Drawer: _____

Other: _____  Shelf: _____  Table: _____  Wall: _____

### DESCRIPTION OF ITEMS

2 BINDERS TPG Group Finances FY'09

DISTRIBUTION OF COPIES: White -  U.S. Magistrate (Return with Warrant)
                        Yellow -  Inspector (Attach to PS 714)
                        Pink -    Subject Searched
                        Green -   Evidence Custodian

Page      of      pages





(40)

# SEARCH WARRANT INVENTORY

Position/Box: __AJ2__ /

Subject Name: __Charter Oak__          Date: __5/26/11__

Subject Address: __100 Grismill Rd Simsbury CT__     Floor/Room No.: __AJ2__

Agent (s): __SA Woolard__              Case No. __25-7034-0002-LCJ__

Safe: _____ Cabinet: _____ Credenza: ✓ __filing Cabinet__ Desk: _____ Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

| DESCRIPTION OF ITEMS |
| --- |

Folders: James Terry; Joan Pennington; Alton Patton; Sol Krevlin;
Carl Buchanan; Martha Ainsworth; Ben G. Arterbury;
Judith Musiker

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page __1__ of __1__ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
   and Fraud Investigations



## SEARCH WARRANT INVENTORY

Position/Box.: **D8b /**

Subject Name: **CHARTER OAK**   Date: **5/26/2011**

Subject Address: **100 Grist Mill, Simsbury CT**   Floor/Room No.: **D8b**

Agent (s): **SA Woolard**   Case No. **25-703-0002-LC-J**

Safe: _____  Cabinet: _____  Credenza: _____  Desk: **K**  Drawer: _____

Other: _____   Shelf: _____  Table: _____  Wall: _____

| DESCRIPTION OF ITEMS |
| --- |
| Correspondence TO/FROM Nova |
| CASE History Reports |
| Cost Basis INFORMATION FOR 419 A PLAN |
| FILES: GARRY CAMPBELL |
| John Porlich |
| LAWRENCE Popp |
| Emile Banks |
| DONALD Groth |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page      of      pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



## SEARCH WARRANT INVENTORY

Subject Name: CHARTER OAK                           Date: 5/26/2001

Subject Address: 100 GRIST MILL SIMSBURY CT          Floor/Room No.: D 8b

Agent (s): SA WOOLARD                                Case No.: 25-703H-0002-LC-J

Position/Box: _____ / _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: X Drawer: _____

Other: _____ Shelf: _____ Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

2010
GMT LIVING BENEFITS TRUST; SICKNESS Accident DISABILITY NOVA
GRIST MILL TRUST; NOVA LIVING BENEFITS TRUST; LIFE
FIVE Plan & Trust (sponsored by NOVA); Survivorship Plan & Trust (NOVA)
LIFE ONE Plan & Trust (NOVA); Long TERM CARE TRUST 2009;
NOTE PADS W/ HANDWRITTEN NOTES; NOVA ADVISOR's Guide; US
Benefits Group Folder w/ Mtg. Notes; PAPER W/ HANDWRITTEN NOTES
USPS Return Receipt CARDS; BINDER: GRIST MILL Plan & Trust
SPLIT DOLLAR LOAN INTEREST; CLIENT-FEE LISTS; CORRESPONDENCE
TO/FROM NOVA; BALANCE-DEPOSIT LISTS; BENEFIT CONTINUATION LISTS
Files: Rencher FAMILY PRACTICE; B&D CONSTRUCTION; 2848/8886 Rights;
Colombus LIFE MEMOS; Collateral Assignment to Split Dollar Agreement

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page _____ of _____ pages