UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DANIEL E. CARPENTER
    Petitioner,

v.                                              Case No.: 21cv1485 (RNC)

UNITED STATES OF AMERICA,
    Respondent.

## ORDER TO SHOW CAUSE

Upon the Motion to Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, of Petitioner Daniel E. Carpenter, it is hereby ORDERED that:

The Clerk of the Court shall serve a copy of this Order, together with a copy of the Motion to Set Aside, or Correct Sentence and any supporting papers, on Respondent's representative, the United States Attorney, care of Vanessa Roberts Avery. Service by e-mail on or before May 21, 2022 shall be deemed sufficient.

Respondent shall show cause on or before July 20, 2022, as to why the relief prayed for in the Motion to Set Aside, or Correct Sentence should not be granted. Any reply shall be filed by the petitioner by August 20, 2022.

Dated at Hartford, Connecticut, this 16th day of May, 2022.

                                                                  ____/s/ RNC_____
                                                                   United States District Judge