UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DANIEL E. CARPETNER )<br>Petitioner )<br>v. )<br> )<br> )<br>MERRICK B. GARLAND, )<br>UNITED STATES ATTORNEY GENERAL )<br>Respondent )<br> ) | MAY 17, 2022 |

## MOTION FOR NEW DOCKET AND CASE NUMBER FOR PETITIONER'S APPLICATION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 USC § 2243 AND 28 USC § 2255(e) TO IMMEDIATELY VACATE PETITIONER'S CONVICTION

TO THE HON. ROBERT N. CHATIGNY, MAY IT PLEASE THE COURT. NOW COMES THE PETITIONER, Daniel E. Carpenter, to respectfully request that this Court establish a separate docket and case number for Petitioner's 2243 Petition to Vacate his Boston Conviction. Currently Petitioner's 2243 Petition has been put on the same Docket as his 2255 Petition to Vacate his Connecticut Conviction. Petitioner wishes to avoid any jurisdictional confusion between a 2241-2243 Petition that should be brought in the District where the Petitioner is held and a 2255 Petition that must be brought in the Sentencing Court.

Petitioner brought a 2241 Petition while he was at MDC Brooklyn and that case was mischaracterized and was transferred to Connecticut. Obviously, this Court knows well the different issues between the prosecutorial misconduct in the Boston case and the prosecutorial misconduct complained of in the 2255 Application filed with the Court and docketed on November 5, 2021. Each case should have a separate docket and case number because it will be very easy to confuse and conflate the overlapping issues in both cases.

1

Wherefore, Petitioner respectfully wishes this Court to create a separate docket and case number for his 2243 Petition in *Carpenter v. Garland.*

                                                Respectfully Submitted,
                                                Daniel E. Carpenter
                                                Petitioner, *pro se*

                                                /s/ Daniel E. Carpenter
                                                Daniel E. Carpenter
                                                Petitioner, *pro se*
                                                18 Pondside Lane
                                                West Simsbury, CT 06092

## CERTIFICATION

      I hereby certify that on this 17th day of May, 2022, a copy of the foregoing was filed at the District of Connecticut Clerk's office in Hartford 450 Main Street, Hartford, CT 06103. Notice of this filing was also sent by USPS to US Attorney's Office Hartford Office, US Attorney's New Haven Office, Connecticut Financial Center, 157 Church Street, Floor 25, New Haven, CT 06510 and by USPS to Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

By /s/ Daniel E. Carpenter
Daniel E. Carpenter
Petitioner, *pro se*