UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL E. CARPETNER )<br>Petitioner )<br>v. )<br>)<br>MERRICK B. GARLAND, )<br>UNITED STATES ATTORNEY GENERAL )<br>Respondent )<br>) | CIVIL ACTION NO.<br>3:21-cv-01485-RNC<br><br><br><br><br><br>July 29, 2022 |

### PETITIONER'S MOTION TO SUBMIT SUPPLEMENTAL ADDENDUM TO THE COURT CONCERNING RECENTLY ADJUDICATED CASES IN SUPPORT OF HIS APPLICATION TO VACATE CONVICTION AND DISMISS INDICTMENT

TO THE HONORABLE JUDGE ROBERT N. CHATIGNY, MAY IT PLEASE THE COURT:

NOW COMES THE PETITIONER, Daniel E. Carpenter (hereinafter "Petitioner"), to supplement and amend his 28 USC 2243 and 28 USC 2255 Petition that was submitted to this Court on November 4, 2021. Petitioner hereby submits that recently adjudicated cases, reporting four cases from the Second Circuit that have been granted Certiorari by the Supreme Court on June 30th, 2022 warrant granting Petitioner the relief he requests. The Petitioner also wants to reference the Supreme Court's unanimous decision in *Ruan* June 27, 2022, which totally invalidates Petitioner's Superseding Indictment in this case because it does not mention "*mens rea*" or "scienter" anywhere in the Indictment.

1

WHEREFORE, based on the above cases, Petitioner respectfully requests that his Superseding Indictment of May 14, 2014 be dismissed with prejudice and his conviction vacated as the Superseding Indictment failed to invoke the jurisdiction of this Court because it did not sufficiently allege all the facts necessary to establish the required five elements of Mail and Wire Fraud to constitute a federal crime. Petitioner respectfully requests that this Court expeditiously issue a Writ to vacate Petitioner's conviction and dismiss his constitutionally defective Indictment.

Respectfully Submitted,

/s/ Daniel E. Carpenter
Daniel E. Carpenter
Petitioner, *pro se*
18 Pondside Lane
West Simsbury, CT 06092

## CERTIFICATION

      I hereby certify that on this 29th day of July, 2022, a copy of the foregoing was filed at the District of Connecticut Clerk's office in Hartford 450 Main Street, Hartford, CT 06103. Notice of this filing was also sent by USPS to US Attorney's Office Hartford Office, US Attorney's New Haven Office, Connecticut Financial Center, 157 Church Street, Floor 25, New Haven, CT 06510