UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL E. CARPENTER | : | Criminal No. 3:21-cv-01485 (RNC) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | January 19, 2024 |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE REPONSE
TO PETITIONER'S ARGUMENT REGARDING *CIMINELLI*** 

The respondent, the United States of America, respectfully submits this motion seeking an additional 1-week extension, until January 26, 2024, to submit its response to the Court's order directing the respondent to respond to Mr. Carpenter's argument that his convictions must be vacated under *Ciminelli v. United States*, 598 U.S. 306 (2003). *See* Doc. 19. In support of this motion, the respondent submits the following:

1. On January 4, 2024, the Court granted the Government's prior motion for a 2-week extension to January 19, 2024.

2. This past weekend, the undersigned, who is the Government attorney that is taking the lead on responding to the *Ciminelli* argument, contracted COVID and was out of the office until yesterday.[1]

3. As a result, the undersigned needs a brief extension of time, until January 26, 2024, to finish preparing the Government's response.

---

[1] While at home this week, the undersigned was able to file a motion for summary affirmance in response to Mr. Carpenter's appeal in the Second Circuit, *see Carpenter v. Sitek*, No. 23-6636 (2d. Cir.), in which Mr. Carpenter is appealing an order from another judge in this district (Meyer, J.) denying his habeas petition to vacate his prior conviction from the District of Massachusetts. However, the undersigned had drafted that motion before contracting COVID, and it was being reviewed by others internally when the undersigned contracted COVID. The undersigned was able to file it on the docket remotely from home.

WHEREFORE, the respondent respectfully requests that the due date for its response pursuant to the Court's order be extended to January 26, 2024.

                    Respectfully submitted,

                    VANESSA ROBERTS AVERY
                    UNITED STATES ATTORNEY

                    /s/ Neeraj N. Patel
                    NEERAJ N. PATEL
                    ASSISTANT U.S. ATTORNEY
                    Federal Bar No. phv04499
                    157 Church Street, 25th Floor
                    New Haven, CT 06510
                    Tel: 203-821-3700
                    Email: Neeraj.Patel@usdoj.gov

## CERTIFICATION OF SERVICE

This is to certify that on January 19, 2024, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. A copy was sent by Federal Express to:

Daniel E. Carpenter
18 Pondside Lane
West Simsbury, CT 06092

                    /s/ Neeraj N. Patel
                    NEERAJ N. PATEL
                    ASSISTANT UNITED STATES ATTORNEY